B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Z-2, LLC** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all): **80-0077354** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more<br>than one, state all): |

Street Address of Debtor (No. and Street, City, and State):
**406 S. Boulder, Ste 103**
**Tulsa, OK**

ZIP CODE **74103**

Street Address of Joint Debtor (No. and Street, City, and State):

ZIP CODE

County of Residence or of the Principal Place of Business:
**Tulsa**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):

ZIP CODE

Mailing Address of Joint Debtor (if different from street address):

ZIP CODE

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  **LLC**

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**  (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration.  See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300  *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1) (4/10)**  Page 2

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Z-2, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                               Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District or this venue is convenient.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s):  Z-2, LLC |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X_____ | |
| X_____ | X_____ |
| | (Signature of Foreign Representative) |
| Telephone Number (If not represented by attorney) | _____ |
| | (Printed Name of Foreign Representative) |
| _____ | _____ |
| Date | Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X  /s/ R. GLEN AYERS, JR. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached. |
| **R. GLEN AYERS, JR.**         Bar No. **01467500** | |
| **Langley & Banack, Inc.**<br>**745 E Mulberry Ave.**<br>**STE 900**<br>**San Antonio, TX 78212-3166** | |
| Phone No.**(210) 736-6600**    Fax No.**(210) 735-6889** | _____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer |
| **1/3/2011** | _____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.) |
| Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Address |
| **Z-2, LLC** | X_____ |
| X  /s/ Richard J. Bednar | _____<br>Date |
| Signature of Authorized Individual | Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| **Richard J. Bednar** | |
| Printed Name of Authorized Individual | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| **CFO** | |
| Title of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| **1/3/2011** | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Date | |

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:  **Z-2, LLC**

CASE NO

CHAPTER    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$25,000.00** |
| Prior to the filing of this statement I have received: | **$15,000.00** |
| Balance Due: | **$10,000.00** |

2. The source of the compensation paid to me was:
   - ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   - ☐ Debtor          ☑ Other (specify)
      **Third Party**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **1/3/2011** | **/s/ R. GLEN AYERS, JR.** |
| *Date* | *R. GLEN AYERS, JR.*                Bar No.  01467500 |
| | Langley & Banack, Inc. |
| | 745 E Mulberry Ave. |
| | STE 900 |
| | San Antonio, TX 78212-3166 |
| | Phone: (210) 736-6600 / Fax: (210) 735-6889 |

---

**/s/ Richard J. Bednar**

*Richard J. Bednar*
*CFO*

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:  **Z-2, LLC**

Case No.

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Parkman Whaling, LLC<br>600 Travis St., #600<br>Houston, TX  77002 | | Services | | **$40,577.61** |
| Lee Keeling & Associates<br>15 E. 5th St., #3500<br>Tulsa, OK  74103 | | Services | | **$37,205.51** |
| Haliburton Energy Services<br>PO Box 203143<br>Houston, TX  77216-3143 | | Trade Debt | | **$35,115.85** |
| Basic Energy Services<br>PO Box 841903<br>Dallas TX  75284-1903 | | Trade Debt | | **$33,389.45** |
| Vinson & Elkins<br>Box 200113<br>Houston, TX  77216-0113 | | Services | | **$26,923.28** |
| Capital Well Services<br>1437 "E" Street<br>Jourdanton, TX  78026 | | Trade Debt | | **$24,721.03** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Z-2, LLC**                                                    Case No.

                                                                        Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Hogan and Taylor<br>2200 S. Utica Place, Ste 400<br>Tulsa, OK  74114-7000 | | Services | | **$24,630.00** |
| Langley & Banack, Inc.<br>745 E Mulberry Ave.<br>STE 900<br>San Antonio, TX 78212-3166 | | Attorney Fees | | **$10,000.00** |
| Patrick G. Bordovsky<br>914 Prairie Meadow<br>San Antonio, TX  78258 | | Note for property damage | | **$7,253.45** |
| Michael Bordovsky<br>914 Prairie Meadow<br>San Antonio, TX  78258 | | Note for property damage | | **$7,253.45** |
| Mary Alic Witherspoon<br>3270 Foster Road<br>San Antonio, TX  78263 | | Note for property damage | | **$7,253.45** |
| Kathryn Hurst<br>1345 Trail Ridge<br>Canyon Lake, TX  78133 | | Note for property damage | | **$7,253.45** |
| John S. Burdovsky<br>8074 Knowlton Rd.<br>San Antonio TX  78263 | | Note for property damage | | **$7,253.45** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Z-2, LLC**                                                    Case No.

                                                                          Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| John W. Pelger 6759 S. Atlanta Ave. Tulsa, OK  74136 | | Consulting re Burdovsky damages | | **$4,064.52** |
| Bauchman Investments Ptnsp Ltd C/O John R Hannah & CO LLP 800 Navarro, Ste 210 San Antonio, TX 78205 | | Goods and services | | **$1.00** |
| Barbara Hudson Life Estate 263 County Road 4709 Sulphur Springs, TX 75482 | | Goods and services | | **$1.00** |
| Aurora Varner 1622 Basse Rd San Antonio, TX 78213 | | Goods and services | | **$1.00** |
| Asher Resources 20770 Hwy 281 N., # 108-615 San Antonio, TX 78258 | | Goods and services | | **$1.00** |
| Asher Resources Oil & Gas Property Acquisition 20770 Hwy 281 N., # 108-615 San Antonio, TX 78258 | | Goods and services | | **$1.00** |
| Arthur F Clark P.O. Box 1675 Liberty, NC 27298 | | Goods and services | | **$1.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Z-2, LLC**                                                    Case No.

                                                                        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**CFO**_____ of the _____**LLC**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:__**1/3/2011**_____        Signature:__**/s/ Richard J. Bednar**_____
                                                                **Richard J. Bednar**
                                                                **CFO**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Z-2, LLC**                                                    CASE NO

                                                                       CHAPTER     **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

       The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  _1/3/2011_____                Signature  _/s/ Richard J. Bednar_____
                                                                       *Richard J. Bednar*
                                                                       *CFO*


Date _____                Signature _____

1
ACH Payment
4625 Greenville Ave, STE 306
Dallas, TX 75206


Addie Mae Smith Life Estate
5160 Femmer CT
Odessa, TX 79762


Alf W Roark Estate
Alfred Weldon Roark Jr & David
202 Knox Street, Ste E
Houston, TX 77007


Alice Parker
100 Havenwood Dr
Gadsden, AL 35903


Allen Males
200 Loneman Overlook
Wimberly, TX 78676


Allison John Harwood
531 Murworth Dr
Houston, TX 77025


Alyne H Woodring
7600 Broadway F 5
San Antonio, TX 78209


American Drilling Company LLC
1120 Granville Ave #102
Los Angeles, CA 90049


Ann Henderson
2017 Regent Drive
Abilene, TX 79605

Anna Pearl Secrest Fell
208 Rodeo Drive
Georgetown, TX 78628


Anne Shok Aderhold
2218 Woodmen
San Antonio, TX 78209


Arlene Miller
2310 Briarwood
San Antonio, TX 78209


Arnold Saunders
P.O. Box 521
Devine, TX 78016


Arthur F Clark
P.O. Box 1675
Liberty, NC 27298


Asher Resources
Oil & Gas Property Acquisition
20770 Hwy 281 N., # 108-615
San Antonio, TX 78258


Asher Resources
20770 Hwy 281 N., # 108-615
San Antonio, TX 78258


Atascosa County Tax Assessor
1001 Oak Street
Jourdanton, TX 78026-2849


Aurora Varner
1622 Basse Rd
San Antonio, TX 78213

Barbara Hudson Life Estate
263 County Road 4709
Sulphur Springs, TX 75482


Basic Energy Services
PO Box 841903
Dallas TX  75284-1903


Bauchman Investments Ptnsp Ltd
C/O John R Hannah & CO LLP
800 Navarro, Ste 210
San Antonio, TX 78205


Baylor University
% Baptist Foundation of Texas
1601 Elm, Ste 1700
Dallas, TX 75201


Bette B Burton
C/O Bette B Burton Trustee
P.O. Box 1104
Fulshear, TX 77441


Bette Bradford Burton
P.O. Box 1104
Fulshear, TX 77441


Betty Banning Life Estate
1014 Mountain View Dr.
San Marcos, TX 78666


Betty Males Tieman
20911 Eagle Bend
Katy, TX 77450


Betty Nessly Berkey
38 Haverhill Way
San Antonio, TX 78209

Betty Spencer
49 Rockland Drive
Fairborn, OH 45324


Big Foot 2004-I Drilling Program
406 S. Boulder, Ste 708
Tulsa, OK  74103


Bill L Holland Jr
2001 Highlands Dr.
Spicewood, TX 78669


Billy L Powell
P.O. Box 5867
Kingwood, TX 77325


Blumberg Family Investment Partnership L
200 N River Street, Ste 150
Seguin, TX 78155


Bordovsky Land Management LLC
914 Prairie Meadow
San Antonio, TX 78258


Business & Financial Consultants, LLC
406 S. Boulder, Ste 708
Tulsa, OK  74103


Calvin K Hardt
110 Brentwood PL
Port Lavaca, TX 77979


Capital Well Services
1437 "E" Street
Jourdanton, TX  78026

Carl Michael Harms
P.O. Box 2082
Canyon Lake, TX 78130


Carla Ann Blumberg Spec Trust
Carla Ann Blumberg Trustee
P.O. Box 279
Austin, TX 78767


Carol Ann Street
849 Country Club Place
Grand Praire, TX 7502


Carol Thompson Crouch Indep
Exec Margaret H Thompson Est
390 County Rd 777
Devine, TX 78016


Caroline Sartwelle Buffaloe
221 E Bayshore Dr
Palacios, TX 77465


Carolyn Jane Goldsmith-James
P.O. Box 717
Port Arkansas, TX 78373


Catherine Smith Gay
6630 Conway Lakes Drive
Orlando, FL 32812


Cathryn C Hickman
116 Lakefront Dr
Point Venture, TX 78645


Charles W Rosenaur
1218 E County Road 2302
Riviera, TX 78379

Charlotte Estelle Stiehl
301 Gorgia Circle
Placentia, CA 92841


Charlotte R Lewis
5160 Femmer CT
Odessa, TX 79762


Cheryl Jayne Gire
405 Wyong Road
Australia,  00008


Chesney Coker Jr
1504 Gaston Ave
Austin, TX 78703


Choctaw Energy Ltd Prtshp
P.O. Box 6387
San Antonio, TX 78209


Clifford E Saunders
18106 Cadbury
Houston, TX 77084


Clifton D Micheli Life Est
236 Romberg St.
Seguin, TX 78155


Cobra Petroleum Company
P.O. Box 136355
Ft. Worth, TX 76136


Colleen Roche Ragsdale
7314 Lazy Trails
San Antonio, TX 78250

```
Concophillips
Net Settlement
P.O. Box 22295 Network Place
Chicago, IL 60673


Concophillips
22342 Network Place
Chicago, IL 60673



Dahlike Living Trust 4/26/94
Theodore W & Marsa L Dahlke Trustees
2463 Willow Loop East
Florence, OR 97439


Dale Talley Coker Indp
Ext Est of Anna Pearl Talley
1504 Gaston Ave
Austin, TX 78703


Dale Talley Coker Indp
1504 Gaston Ave
Austin, TX 78703



Dallas R Wauson Trustee
Dorothy Wauson Test Trust
P.O. Box 4615
Eagle Pass, TX 78853


Dana Ruth Allison
P.O. Box 2310
So Padre Island, TX 78597



Darla Faye Reece
5117 Abbey Glen Drive
Flower Mound, TX 75028



Darlene J Hansen
4603 Balfour RD SP 107
Brentwood, CA 94513
```

Dave Shelton
4207 Lead Avenue SE
Albuquerque, NM 87108


David C Sugarek
P.O. Box 990
Corpus Christi, TX 78403


David L Kundysek D/B/A
Southwest Petroleum Company
P.O. Box 702377
Dallas, TX 75370


Debbie Sue Thompson
P.O. Box 61095
Corpus Christi, TX 78466


Deep Rock, LLC
406 S. Boulder, Ste 710
Tulsa, OK  74103


Desiderio Gallegos Sr
P.O. Box 101
Charlotte, TX 78011


Diamond Energy Services
406 S. Boulder, Ste 708
Tulsa, OK  74103


Diane Allison
4754 Druid Hills Drive
Frisco, TX 75034


Dillingham Schleider & Lewis
% Ben H Schleider
5444 Westheimer, Ste 2000
Houston, TX 77057

Dixie L Mayfield
P.O. Box 1666
Palestine, TX 75802


Donald & Martha Trekell Rev Tr
Donald Martha & Frank D Trekell Trstees
Box 10038
Casa Grande, AZ 85230


Donald D Trekell Jr
5714 Llano
Dallas, TX 75206


Dora Mae McCloud
1709 Lebanon CH Rd.
Paducah, KY 42003


Dorchester Minerals LP
P.O. Box 840127
Dallas, TX 75284


Dorothy Jane Lewis
C/O Nancy L Boyd AIF
P.O. Box 428
Garwood, TX 77442


Dorothy Ray Griffin
500 Griffin Lane
Lorena, TX 76655


Dorothy Scheller Thilman
318 Bill Lou Dr
Collinsville, IL 62234


Douglas Allison
4920 Ocean Dr
Corpus Christi, TX 78412

Dr. Johanna Smith
223 N. Guadalupe, Box 186
Santa Fe, NM 87501


Drew M Darsey
5025 Riverway #16
Houston, TX 77056


Edens Houston
2410 Bluebonnet
Houston, TX 77030


Editha Brashear
1355 Barefoot Rd
Knoxville, IL 61448


Edward Austin Blumberg Trust
Edward A Blumberg Trustee
200 N River Street, Ste 150
Seguin, TX 78155


Elaine Miller Bright
435 Sheraton
San Antonio, TX 78209


Elizabeth Smith Mclain
3436 Roslyn Road
Venice, FL 33595


Ellis E Mcclellan
12813 Mountain Rd NE
Albuquerque, NM 87112


Elmer D Scheller
Eloise T Scheller A/I/F
50 Maple Via
Anaheim, CA 92801

Eloise Joanne Holt Estate
% Tammy Holt Holloway
220 West Jefferson
Orleans, IN 47452

Eloise Scheller
50 Maple Via
Anaheim, CA 92801

Emory Rauschhuber
13640 Sherwood Rd.
Atascoca, TX 78002

Ermine Pitman
102 Traub St
Indianapolis, IN 46222

Ernestine Boyd
7207 East FM 462
Big Foot, TX 78005

Esther L Schweppe
418 Rue De Matta
San Antonio, TX 78232

Eva Hazel Knight
1401 Hwy 57 SO
Washington, IN 47501

Evangelina Gonzalez
2319 Greencrest
San Antonio, TX 78213

Evelyn Downes
P.O. Box 775
Pearsall, TX 78061

Evelyn Galbreath Life Est
1924 Madera
Waco, TX 76705


Evelyn Thompson Lindsey
5807 Ben Casey
San Antonio, TX 78240


F Earl Scheig Estate
Edward E Scheig Exec
25202 Burgh Castle Dr.
Spring, TX 77389


F J Bradford
5642 Wickersham
Houston, TX 77056


Floyd J Bradford
C/O Floyd J Bradford Jr Ttee
5658 Willers Way
Houston, TX 77056


Frank David Trekell
C/O TVT Account
Casa Grande, AZ 85222


Frank David Trekell
CO Tvt Account
Casa Grande, AZ 85222


Frank L & Josephine F Bain
617 W Brown
Devine, TX 78016


Frio County Tax Assessor
500 East San Antonio Street, Box 20
Pearsall, Texas 78061

Frost Nat'l Bank Trustee
Francis O Ullman Estate, Acct # G09020
P.O. Box 1600
San Antonio, TX 78296


Frost Natl Bk Trste
Emma Freeman Foundation
P.O. Box 1600
San Antonio, TX 78296


Garwood Resources LLC
P.O. Box 428
Garwood, TX 77442


Gasrock Capital LLC
Wire Transfer - Attn: Frank Weiser
1221 McKinney St, STE 3180
Houston, TX 77010


George L Scheller Jr
29547 Woodchuck LN
Bonanza, OR 97623


Gladys B Jennings
6308 Halifax Rd
Fort Worth, TX 76116


Gray David Geiselman
1302 Omar Street
Houston, TX 77008


Gregory Scott Noel
948 East College Ave
Batesville, AR 72501


Gretchen Trekell Sargeant
6325 Castejon
La Jolla, CA 92037

Grover J Geiselman III
400 South 6th Street
Richmond, TX 77469


Grover J Geiselman III Trust
Grover J Geiselman III Trustee
400 South 6th Street
Richmond, TX 77469


Guadalupe G Perez
1525 Santa Barbara
San Antonio, TX 78201


Guy H Allison
P.O. Drawer 23080
Corpus Christi, TX 78403


H Huffman & Co
ACH Payment Midfirst
301 NW 63rd St, Ste 510
Oklahoma City, OK 73116


H James Lucas
ACH Payment
2238 Estate View
San Antonio, TX 78260


Haliburton Energy Services
PO Box 203143
Houston, TX  77216-3143


Harry A Nass Jr
41 Millwood
San Antonio, TX 78216


Henry David Thompson
4200 Creek Road
Dripping Springs, TX 78620

Herbert Oppenheimer MAR/TR/B
Marian & John Oppenheimer TTEE
P.O. Box 960
San Antonio, TX 78294


Herman Gallegos Jr
3526 Lynwood
Corpus Christi, TX 78415


Hermenejildo Gallegos Sr
1837 Sherman St
Corpus Christi, TX 78416


Hilda F Williams
311 Court St
Alameda, CA 94501


Hilmar D Blumbert
200 N River Street, Ste 150
Seguin, TX 78155


Hogan and Taylor
2200 S. Utica Place, Ste 400
Tulsa, OK  74114-7000


Hortense Moore
1104 Redd Street
Austin, TX 78745


Howard Pyle Bradford
10201 Stephens CT
Ft Smith, AR 72908


Howard Pyle Bradford
C/O Howard P Bradford Trustee
P.O. Box 181329
Fort Smith, AR 72918

Howard T Alexander
100 South University Blvd
Denver, CO 80209


Hugh Preston Perron
11800 East State Hwy 29
Llano, TX 78643


Inez Vega Gallegos
11754 Millsway Drive
San Antonio, TX 78253


Internal Revenue Service
300 E. 8th St., STOP 5022 AUS
Austin, TX  78701


Irene Thompson Wallis
704 East Alabama St
Pearsall, TX 78061


Isabel Thompson Schorp
Box 685
Pearsall, TX 78061


J D Bell Jr
2750 E Cedar Ave
Denver, CO 80209


Jakubik Family Trust
John T & Jane M Jakubik Ttees
3910 Dewalt Manor
Missouri City, TX 77459


James Bauchman Ptnsp Ltd
C/O John R Hannah & CO LLP
800 Navarro, Ste 210
San Antonio, TX 78205

James D Sartweele Living Trust
C/O James D Sartwelle Jr. TRUSTE
P.O. Box 540
Sealy, TX 77474


James Ernest Biediger L/E
HC 34 Box 907
Uvalde, TX 78801


Janice K Blackwell
Rt 11 Box 511
Bedford, IN 47421


JDMI LLC
P.O. Box 1540
Corpus Christi, TX 78403


Jefferson P Sellers Ltd
95 Lakeshore Drive
Corpus Christi, TX 78413


Jerald Pitman
3404 S Madison St
Bloomington, IN 47401


Jesse H Oppenheimer L/T
711 Narvaro St, Ste 620
San Antonio, TX 78205


Jettex Resources
P.O. Box 570773
Houston, TX 77257


Jil Oil Corp
P.O. Box 791910
San Antonio, TX 78279

```
Joe H Hindes
Box 310
Charlotte, TX 78011


John C Hugon
301 Commerce Street, Ste 1420
Fort Worth, TX 76102


John Carter Tinsley
P.O. Box 98868
Raleigh, NC 27624


John D Schoolfield
P.O. Box 29218
San Antonio, TX 78229


John Robert Goldsmith Jr
6612 Whitemarsh Valley Walk
Austin, TX 78746


John S Bordovsky Trust
Patrick & John S III & Michael
4803 Sea Breeze
San Antonio, TX 78220


John S. Bordovsky Trust
Patrick & John S III & Michael
4803 Sea Breeze
San Antonio, TX 78220


John S. Burdovsky
8074 Knowlton Rd.
San Antonio TX  78263


John Stephen Bordovsky III
8074 Knowlton Rd
San Antonio, TX 78263
```

John W Clark
Box 140125
Dallas, TX 75214


John W. Pelger
6759 S. Atlanta Ave.
Tulsa, OK  74136


Jon F Cobb
4625 Greenville Ave, STE 306
Dallas, TX 75206


Jon S Brown
P.O. Box 246
Palestine, TX 75802


Josefa Aguilar
1460 S 14th Street
Sheboygan, WI 53081


Joseph Cohn MD
A/I/F Daphne A Cohn Trustee
479 Homestead Drive
Fredericksburg, TX 78624


Joyce Gurwitz Shefts
160 River Shadows
McQueeney, TX 78123


JT Neal Jr
414 E Florida St
Pearsall, TX 78061


Juanita Sayles Brian
8618 Autumn Sunset
San Antonio, TX 78239

Julianne Carson
5008 Stonehenge Lane
Norman, OK 73026


June Hurley
Ind Exec of the Gidney Talley Jr Estate
P.O. Box 24
Pleasanton, TX 78064


Karen Crley Bridges
9621 Bayou Brook
Houston, TX 77063


Katherine L Abel
ACH Payment
P.O. Box 38
Ida, MI 48140


Kathleen Cawthon Hoelscher_TR
163 April Waters Dr North
Montgomery, TX 77356


Kathleen Thompson
P.O. Box 56
Charlotte, TX 78011


Kathryn Hurst
1345 Trail Ridge
Canyon Lake, TX  78133


Kathryn Rita Hurst
13443 Highway 87E
Adkins, TX 78101


Kelly S Ellis
1976 Twin Cedars Rd
Chickamauga, GA 30707

Kem Erick Burress
225 Maple Drive
Ferdinand, IN 47532

Kenric R Flynn
288 Bloomsbury Ave, Apt C 10
Baltimore, MD 21228

L D Hunter Tr
LD Hunter Trste
P.O. Box 234
Beeville, TX 78104

Lady G Perron Sparks
2602 Oakdale CT
Austin, TX 78703

Langley & Banack, Inc.
745 E Mulberry Ave.
STE 900
San Antonio, TX 78212-3166

Laurie Lambert
565 Parkway Ave
Pratt, KS 67124

Lee Keeling & Associates
15 E. 5th St., #3500
Tulsa, OK  74103

Lena Allen Taylor Trust
Sue Frazior Vizuete Succ Ttee
4625 Bethlehem
Corpus Christi, TX 78413

Leo F Perron Jr
C/O Perron & Company
3707 N St Mary's St. #201
San Antonio, TX 78212

Leroy Micheli Life Est
622 Purple Sage Dr.
Seguin, TX 78155


Letitia W Sellers
A/I/F Jeff Porter Sellers
4001 N New Braunfels # 1612
San Antonio, TX 78209


Lloyd E Saunders
419 E Trinity
Pearsall, TX 78061


Lois Goldsmith Oppenheimer
200 Patterson, Apt 612
San Antonio, TX 78209


Loomis Investments
C/O Trust Division
P.O. Box 3188
Longview, TX 75606


Louis A Hamilton
1015 Orange Walk Dr
Brandon, FL 33511


Lowell F Smith
Rt 17 Box 1100
Bedford, IN 47421


Lucille Thompson Boone
1312 Kollman Dr.
Hondo, TX 78861


Lunelle M Heiman TR
Lunelle M Heiman Trustee
10103 Rafter S Trail
Helotes, TX 78023

```
M A Caruso Jr
R 2 Box 31A
Mountain View, OK 73062



Marcella Roberts
P.O. Box F
Pearsall, TX 78061



Marcelo G Gallegos Jr
207 Tesla Dr
San Antonio, TX 78228



Marcia S Schoolfield Spellman
C/O 2M Mineral Management Serv
P.O. Box 1088
Converse, TX 78109


Marcial Sorrell III
Route 1 Box 35
Wharton, TX 77488



Marian B Oppenheimer L/T
U/W/O Jesse D Oppenheimer
P.O. Box 960
San Antonio, TX 78294


Maripa Ltd
4625 Greenville Ave, STE 306
Dallas, TX 75206



Martha Jane Clowe
3521 Northridge
Waco, TX 76710



Martha P Kenyon
P.O. Box 1103
Fulshear, TX 77441
```

Mary Alic Witherspoon
3270 Foster Road
San Antonio, TX  78263


Mary Alice Witherspoon
3270 S Foster Rd
San Antonio, TX 78222


Mary Ann Goldsmith
ACH Payment
P.O. Box 2952
Port Arkansas, TX 78373


Mary Ann Morey
1812 Olde N Pl
Edmond, OK 73034


Mary Ann Pye Trustee
Sarah Faye Rankin Test Trust
591 FM 2200 W
Devine, TX 78016


Mary Ann Roche
P.O. Box 36
Bigfoot, TX 78005


Mary Harwood Brewer
2225 FM 467
Seguin, TX 78155


Mary Jo Bell Neill
1461 Mimosa St
Abilene, TX 79600


Mary McCoy
329 E Emerson Ave, Apt D
Fairborn, OH 45324

Mary Russo McAfee
120 25th Avenue
San Francisco, CA 94121


Mattie Rosenauer Estate
Alice Crain / Eddie Nixon Co Ex
P.O. Box 1073
Pearsall, TX 78061


Maverick Energy Group
406 S. Boulder, Ste 708
Tulsa, OK  74103


Maxine Thompson Bradford
9111 Rustown
Dallas, TX 75228


Melody A White Johnson
6171 E NW Hwy #1320
Dallas, TX 75231


Michael A Larkin
1965 CR761
Devine, TX 78016


Michael Bordovsky
914 Prairie Meadow
San Antonio, TX  78258


Michael S Shelton
4813 Nevilly Way
Marietta, GA 30066


Michael T Darsey
5025 Riverway #16
Houston, TX 77056

Mobil Producing Texas & New Mexico Inc
P. O. Box 951027
Dallas, TX 75395


Morey Family LLC
P.O. Box 1294
Edmond, OK 73083


Morton Shefts Family Trust
Joyce Gurwitz Shefts Trustee
160 River Shadows
McQueeney, TX 78123


Mrs P A Helms Jr
211 Fieldstone
Victoria, TX 77901


Nancy Blanchard Hill
210 W Court St
Seguin, TX 48155


Nancy Corley Wehrung
21735 Highway 46 West
Spring Beach, TX 78070


Nick McFadin
1250 NE Loop 410, STE 400
San Antonio, TX 78209


Nicke McFadin
1250 NE Loop 410, STE 400
San Antonio, TX 78209


Ola Thompson Helms
2804 College
Victoria, TX 77901

Ozella Saunders
P.O. Box 154
Natalia, TX 78059


Paggy Dean Adolphson
12420 Owls Nest Court
Jacksonville, FL 32225


Parkman Whaling, LLC
600 Travis St., #600
Houston, TX  77002


Particia C Dalberg
39 Pinery Ridge Pl
The Woodlands, TX 77382


Patricia Lay Marion
706 Barron Ave
Palo Alto, CA 94306


Patricia Pitman
5305 Perry Rd
Martinsville, IN 46151


Patrick G. Bordovsky
914 Prairie Meadow
San Antonio, TX  78258


Patsy Bell Tidwell
4507 N Jackson
Odessa, TX 79762


Paulina Heffner Cooper
2401 Cone Flower Trl
Chattanooga, TN 37421

```
Peggy G Rice
4912 Post Oak Timber
Houston, TX 77056


Peggy Geiselman Rice Trust
Peggy Geiselman Rice Trustee
4912 Post Oak Timber
Houston, TX 77056


Peggy Jean Brock
3400 West Crown Pte Blvd #202
Naples, FL 34112


Penelope P Shephard
C/O Broadway National Bank Trust Departm
P.O. Box 17001
San Antonio, TX 78217


Philip Hart Shook
8 Nassau Road
Larchmont, NY 10538


Quarter Circle Z Corporation
C/O Steven A Finley CPA
P.O. Box 430
Milton, WA 98354


Randolph Holland
710 Winding Brook Road
Monroe, NC 28112


Raymond Gallegos
246 Rosemont Dr
San Antonio, TX 78228


Rev Daniel J Scheller
10515 Dayton Ave N
Seattle, WA 98133
```

Richard D Henderson
1105 Cimarron CT
San Marcos, TX 78666


Robert G Gallegos
246 W Jewell St
San Antonio, TX 78226


Robert H Scheller
13349 E 50th St
Yuma, AZ 85367


Robert J Carter Sr
Box 967
Luling, TX 78648


Robert M Schoolfield
C/O 2M Mineral Management Serv
P.O. Box 1088
Converse, TX 78109


Robert T Halpin
4625 Greenville Ave, STE 306
Dallas, TX 75206


Robert Webb Sellers
P.O. Box 277
Runge, TX 78151


Roberta Ann Tinsley
400 NW 40th Street
Oklahoma City, OK 73118


Roberta Nowlin
319 Cardinal Drive
Devine, TX 78016

Roy Freses Smith
19A Smiser-Smith Road
Boerne, TX 78006


Royalty Clearinghouse Ltd
401 Congress Avenue, STE 1510
Austin, TX 78701


Rupert Holland
P.O. Box 3411
San Angelo, TX 76902


Salvation Army
San Antonio Chapter
P.O. Box 12568
San Antonio, TX 78212


Sandra McIntire Waskovich
5015 Montclair Dr NW
Cedar Rapids, IA 52405


Sara W Wallace
266 St Matthews Dr
Mocksville, NC 27028


Sarah L Bain
P.O. Box 849
Stockdale, TX 78160


Sarah S Ferrell
530 Broadway
Thermopolis, WY 82443


Scott C Henderson
2310 Crestline
Abilene, TX 79602

Scout Royalty Corp
P.O. Box 1348
Edmond, OK 73083


Seawillow Gay P Kelley
401 Sagecrest
San Antonio, TX 78232


Sharon Champy Life Estate
1705 Lebanon Church Rd
Paducah, KY 42003


Sharon Elliott
5624 Fisher Drive
Huber Heights, OH 45424


Simmons-Davis Family LP
C/O Lisa D Lagroue
11771 Bent Oaks St
Parker, CO 80138


Stacy Miller Johnson
62 Bohnert Lane
Fredericksburg, TX 78624


Stephen H Simpson III
239 Yosemite
San Antonio, TX 78232


Stephen Pierce Terrell
29327 Summit Ridge Dr.
Fair Oaks Ranch, TX 78015


Stuart G Sharrock
C/O Maverick Energy
P.O. Box 14018
Tulsa, OK 74159

Tackitt Ranch Limited Partnership
C/O Patty Holmes Tackitt-Ray
1644 FM 2505
Floresville, TX 78114


Tammy Lyn McCullough
1911 Hidden Trail
Lewisville, TX 75067


Teresa Ann Thompson_Bingham
545 N High
Uvalde, TX 78801


Teresa Marie Plumer
1908 Clover Way
Escondido, CA 92026


Teresa Marie Plumer
1902 Clover Way
Escondido, CA 92026


Terry Don Thompson
2054 Lima Loop
Laredo, TX 78045


Terry L Ronshausen
531 Indigo Run
Bulverde, TX 78163


Tesona and James M Ratliff Jr
22 Trail Ridge
Kerrville, TX 78028


The Morey Family LP
P.O. Box 1294
Edmond, OK 73083

The Salvation Army
Major Howard Bratcher Cmdr
521 West Elmira
San Antonio, TX 78212


Theodore Floy Maynord
31 West Oakwood St
Tarpon Springs, FL 34689


Theodore W Scheller
20259 Haystack Rd
Sonora, CA 95370


Theresa M Kundysek
P.O. Box 201145
Arlington, TX 76006


Thomas Henry Holman
212 Canada Verde St
San Antonio, TX 78232


Thomas Yates
P.O. Box 791910
San Antonio, TX 78279


Timothy Stclair Runyan
5963 Countess Dr
San Jose, CA 95129


Tommy Chris Thompson
P.O. Box 1615
Castroville, TX 78009


Topsy Jean Glantz
3680 Yorba Linda Dr
Las Vegas, NV 89122

Travis W Bain II
4016 W Plano Pkwy, Ste 100
Plano, TX 75093


Veda B Teich
P.O. Box 26171
Austin, TX 78755


Verna Thompson Wilson
197 Couser St
Charlotte, TX 78011


Vinson & Elkins
Box 200113
Houston, TX  77216-0113


Vinson V Devilbiss
1111 11th St
Huntington, WV 25704


W A Alexander Jr.
1413 N 53rd St
Broken Arrow, OK 74014


W H Tinsley Jr
P.O. Box 9058
Rocky Mount, NC 27804


Wanda June Ehlinger
206 N Washington Dr
Devine, TX 78016


Warren L Smith
308 Forestview Dr
Bedford, IN 47421

Warren Reynolds
518 Mt. Crest CT
Dayton, OH 45403


William Hinders
350 CR 348
Jourdanton, TX 78026


William Neal Lehrer
P.O. Box 428
Garwood, TX 77442


Z2, LLC
C/O Gasrock Capital LLC - Wire Transfer
P.O. Box 14018
Tulsa, OK 74159


Zeus, LLC
610 NE Jensen Beach Blvd.
Jensen Beach, FL  34957