B6A (Official Form 6A) (12/07)

In re  **Z-2, LLC**                                              Case No.   **11-50069-lmc** _____

                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| See Ex. A to CIT credit agreement | mineral lease | | $105,000,000.00 | $68,759,887.88 |
| | | Total: | **$105,000,000.00** | |

(Report also on Summary of Schedules)

**EXHIBIT A**
**Leases**
**Frio County, Texas**

Oil and Gas Leases

| Lessor | Lessee | Date | Recorded Book | Page |
|---|---|---|---|---|
| Travis W. Bein et ux | Shell Oil Company | 11/8/1946 | 125 | 96 |
| Katherine Burns Estate | Shell Oil Company | 3/30/1948 | 131 | 416 |
| Jane Burns et al | The Texas Company | 10/24/1935 | 99 | 98 |
| Charles Beker et al | Shell Oil Company | 12/13/1946 | 126 | 488 |
| John S. Bordvosky et ux | Shell Oil Company | 11/19/1946 | 125 | 266 |
| John S. Bordvosky et ux | Shell Oil Company | 10/28/1946 | 126 | 43 |
| Ella Burns | E. J. Perron | 5/28/1948 | 135 | 319 |
| Ella Burns | E. J. Perron | 5/28/1947 | 133 | 162 |
| Della Glisson Dean et vir | Shell Oil Company | 8/26/1948 | 133 | 282 |
| John E. Thomas Estate | Shell Oil Company | 9/21/1946 | 133 | 452 |
| Sarah Rebecca Walker et al | Shell Oil Company | 8/26/1948 | 133 | 276 |
| Jane Burns, AIF | Shell Oil Company | 10/24/1946 | 125 | 266 |
| Anthony Ross Caruso et al | Shell Oil Company | 3/19/1949 | 136 | 162 |
| Michael Caruso et ux | Shell Oil Company | 12/21/1946 | 128 | 430 |
| Theresa C. Plummer el vir | Shell Oil Company | 12/23/1947 | 128 | 197 |
| Michael A. Russo | Shell Oil Company | 12/18/1946 | 126 | 389 |
| Martina C. Seelow et vir | Shell Oil Company | 2/4/1947 | 125 | 557 |
| O. W. Miman et ux | Shell Oil Company | 11/2/1946 | 125 | 93 |
| Charles F. Cory et ux | Shell Oil Company | 12/6/1946 | 126 | 346 |
| Charles Osborne et al | Shell Oil Company | 6/15/1948 | 132 | 460 |
| Alvin F. Meyer, Sr. et al | Shell Oil Company | 10/29/1946 | 126 | 65 |
| Henry Oppenheimer Estate | Shell Oil Company | 11/13/1946 | 125 | 261 |
| Mary Rauschhuber | Shell Oil Company | 11/8/1946 | 128 | 108 |
| Emma F. Richter | Shell Oil Company | 11/2/1946 | 126 | 115 |
| Lucy Mae Roche | E. J. Perron | 10/25/1946 | 126 | 410 |
| Mattie Rosenauer et vir | Shell Oil Company | 10/29/1946 | 126 | 121 |
| Denis H. Thompson et ux | Shell Oil Company | 10/30/1946 | 125 | 132 |
| Susie Saunders | Shell Oil Company | 10/29/1946 | 126 | 141 |
| Henry A. Scheller et al | Shell Oil Company | 9/10/1948 | 134 | 130 |
| Dorothy Scheller Thilman et al | Shell Oil Company | 9/16/1948 | 133 | 552 |
| Webb Thompson et ux | Shell Oil Company | 10/28/1946 | 126 | 15 |
| Ella F. Shelton et al | Shell Oil Company | 8/19/1946 | 133 | 157 |
| Tom P. Nowlin et ux | Shell Oil Company | 11/6/1946 | 124 | 463 |
| George William Thompson et al | Magnolia Petroleum Company | 6/3/1940 | 108 | 193 |
| C. S. Thompson et ux | Shell Oil Company | 6/13/1948 | 133 | 513 |
| C. S. Thompson et ux | Shell Oil Company | 10/29/1946 | 126 | 152 |

# EXHIBIT A

**Surface Leases**

| Lessor | Lessee | Date | Recorded Book | Page |
|---|---|---|---|---|
| Ella Burns et al | Shell Oil Company | 12/8/1950 | 143 | 83 |
| Winifred Burns Vincent | Shell Oil Company | 3/4/1964 | 200 | 665 |
| Haby Seay et ux | Shell Oil Company | 2/3/1959 | 182 | 577 |
| Leo F. Perron | Shell Western E&P, Inc. | 9/18/1964 | 534 | 495 |
| William W. Perron | Shell Western E&P, Inc. | 1/9/1985 | 537 | 342 |
| Guy P. Allison et al | Shell Western E&P, Inc. | 1/21/1985 | 541 | 320 |
| Zelma M. Bain | Shell Western E&P, Inc. | 1/9/1985 | 537 | 345 |
| E. E. Rosenauer et ux | Shell Western E&P, Inc. | 7/17/1985 | 549 | 205 |

**Salt Water Disposal Agreement**

| | | | | |
|---|---|---|---|---|
| E. J. Perron et al | Shell Oil Company | 2/4/1981 | 457 | 44 |

**Rights of Way**

| | | | | |
|---|---|---|---|---|
| Fritz Meyer et al | Shell Oil Company | 11/7/1950 | 143 | 13 |
| Tom P. Nowlin et ux | Shell Oil Company | 11/8/1950 | 143 | 157 |
| Michael A. Russo et ux | Shell Oil Company | 11/16/1950 | 141 | 609 |
| Ella Burns et al | Shell Oil Company | 11/24/1950 | 143 | 57 |
| Mary A. Rauschhuber | Shell Oil Company | 11/24/1950 | 143 | 82 |
| O. W. Miman et ux | Shell Oil Company | 12/4/1950 | 143 | 85 |
| Ella Burns et al | Shell Oil Company | 12/8/1950 | 143 | 88 |
| Michael Caruso et ux | Shell Oil Company | 12/11/1950 | 143 | 123 |
| Travis W. Bain et ux | Shell Oil Company | 1/22/1951 | 143 | 364 |
| C. R. Thompson et ux | Shell Oil Company | 5/31/1951 | 144 | 285 |
| Winifred Burns Vincent | Shell Oil Company | 2/6/1959 | 182 | 569 |
| J. W. Shelton et al | Shell Oil Company | 2/16/1959 | 182 | 563 |
| Susie Saunders | Shell Oil Company | 2/12/1959 | 182 | 561 |
| Clovis B. Perron | Shell Oil Company | 2/12/1959 | 182 | 580 |
| Ollie Thompson et al | Shell Oil Company | 2/17/1959 | 182 | 629 |
| Tom P. Nowlin | Shell Oil Company | 3/5/1959 | 182 | 633 |
| William W. Perron | Shell Oil Company | 2/3/1959 | 182 | 585 |
| Emma F. Richter | Shell Oil Company | 2/14/1959 | 182 | 667 |
| Clovis B. Perron | Shell Oil Company | 3/13/1964 | 202 | 478 |
| William W. Perron | Shell Oil Company | 3/13/1964 | 202 | 479 |
| William W. Perron | Shell Oil Company | 3/13/1964 | 202 | 429 |
| Edgar J. Perron | Shell Oil Company | 3/13/1964 | 202 | 481 |
| Haby Seay et ux | Shell Oil Company | 3/13/1964 | 202 | 477 |
| Edgar J. Perron et al | Shell Oil Company | 3/13/1964 | 204 | 50 |
| Irene Thompson Wallis | Shell Oil Company | 6/28/1978 | 406 | 301 |
| Ola Elmire Thompson Helms | Shell Oil Company | 6/30/1978 | 406 | 299 |

VOL 0051 PAGE 769

## EXHIBIT A

| Lessor | Lessee | Date | Recorded Book | Page |
|---|---|---|---|---|
| Kathleen Thompson et al | Shell Oil Company | 6/30/1978 | 406 | 297 |
| Verna Thompson Wilson | Shell Oil Company | 7/5/1978 | 406 | 295 |
| Verna Thompson Wilson | Shell Oil Company | 6/30/1978 | 406 | 293 |
| Henry David Thompson | Shell Oil Company | 7/11/1978 | 406 | 291 |
| E. J. Perron et al | Shell Oil Company | 8/27/1978 | 406 | 281 |
| E. E. Rosenauer et ux | Shell Western E&P Inc. | 6/19/1984 | 528 | 368 |
| Kelle O. Thompson | Shell Western E&P Inc. | 6/19/1984 | 528 | 366 |
| John Stephen Bordovsky | Shell Western E&P Inc. | 6/30/1984 | 528 | 364 |
| Scott Petty, Jr. et ux | Shell Western E&P Inc. | 7/9/1984 | 528 | 370 |
| Mary Alice Witherspoon | Shell Western E&P Inc. | 1/10/1985 | 537 | 437 |
| William W. Perron | Shell Western E&P Inc. | 1/8/1985 | 537 | 349 |
| William W. Perron et al | Shell Western E&P Inc. | 1/9/1985 | 537 | 351 |
| Kathryn Rita Hurst | Shell Western E&P Inc. | 1/10/1985 | 537 | 354 |
| Mattie Rosenauer et vir | Shell Western E&P Inc. | 7/17/1985 | 549 | 203 |
| Mattie Rosenauer et al | Shell Western E&P Inc. | 9/25/1985 | 544 | 346 |
| Shell Western E&P Inc. | Robert T. Halpin et al | 5/8/1992 | 768 | 292 |

## ATASCOSA COUNTY, TEXAS

Oil and Gas Leases

| Lessor | Lessee | Date | Recorded Book | Page |
|---|---|---|---|---|
| Jane Burns, AIF | Shell Oil Company | 10/24/1946 | 184 | 427 |
| Henry Oppenheimer Estate | Shell Oil Company | 11/13/1946 | 176 | 299 |

Rights of Way

| | | | | |
|---|---|---|---|---|
| E. J. Perron et al | Shell Oil Company | 6/27/1978 | 495 | 167 |

VOL 0051 PAGE 770

**EXHIBIT A**
**Wells**
**Frio County, Texas**
Including all of Mortgagor's right title and interest in and to all wells situated on all leases, as indicated in Well Count column

| NO. | LEASE | FIELD | WELL COUNT | WI | NRI |
|---|---|---|---|---|---|
| | | | | | |
| 50150 | BURNS JANE (D ZONE) | BIG FOOT | 7 | 1.00000000 | 0.82999992 |
| 50400 | BIG FOOT OLMOS B SAND UNIT | BIG FOOT | 174 | 1.00000000 | 0.82999992 |
| 50974 | JANE BURNS | BIG FOOT | 3 | 1.00000000 | 0.83000004 |
| 50950 | THOMPSON WEBB -B- | BIG FOOT | 3 | 1.00000000 | 0.82999998 |
| 50972 | BIG FOOT OLMOS B SAND UNIT -1 S/I FOR D DEEPENINGS | BIG FOOT | 20 | 1.00000000 | 0.83000004 |
| 51007 | "D" ZONE GAS - JULY | BIG FOOT | 4 | 1.00000000 | 0.83000004 |
| 51005 | BIG FOOT OLMOS B SAND UNIT -2 S/I FOR D DEEPENINGS | BIG FOOT | 20 | 1.00000000 | 0.63000004 |
| 1063 | BIG FOOT PUD 063 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1053 | BIG FOOT PUD 053 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1051 | BIG FOOT PUD 051 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1055 | BIG FOOT PUD 055 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1070 | BIG FOOT PUD 070 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1073 | BIG FOOT PUD 073 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1069 | BIG FOOT PUD 069 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1081 | BIG FOOT PUD 081 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1048 | BIG FOOT PUD 048 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1059 | BIG FOOT PUD 059 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 50100 | BORDOVSKY J S A | BIG FOOT | 3 | 1.00000000 | 0.82999998 |
| 50500 | ROCHE LUCY | BIG FOOT | 3 | 1.00000000 | 0.82999998 |
| 1056 | BIG FOOT PUD 056 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1065 | BIG FOOT PUD 065 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1057 | BIG FOOT PUD 057 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1058 | BIG FOOT PUD 058 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1067 | BIG FOOT PUD 067 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1027 | BIG FOOT PUD 027 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1043 | BIG FOOT PUD 043 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1071 | BIG FOOT PUD 071 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1041 | BIG FOOT PUD 041 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1029 | BIG FOOT PUD 029 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |

1

### EXHIBIT A
### Wells
### Frio County, Texas

Including all of Mortgagor's right title and interest in and to all wells situated on all leases, as indicated in Well Count column

| NO. | LEASE | FIELD | WELL COUNT | WI | NRI |
|---|---|---|---|---|---|
| 1046 | BIG FOOT PUD 046 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1031 | BIG FOOT PUD 031 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1081 | BIG FOOT PUD 081 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1033 | BIG FOOT PUD 033 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1086 | BIG FOOT PUD 086 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1066 | BIG FOOT PUD 066 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1097 | BIG FOOT PUD 097 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1028 | BIG FOOT PUD 028 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 50600 | ROSENAUER MATTIE | BIG FOOT | 5 | 1.00000000 | 0.82999998 |
| 1100 | BIG FOOT PUD 100 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1084 | BIG FOOT PUD 084 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1075 | BIG FOOT PUD 075 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1089 | BIG FOOT PUD 089 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1091 | BIG FOOT PUD 091 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1078 | BIG FOOT PUD 078 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1093 | BIG FOOT PUD 093 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1068 | BIG FOOT PUD 068 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1080 | BIG FOOT PUD 080 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1082 | BIG FOOT PUD 082 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1037 | BIG FOOT PUD 037 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1083 | BIG FOOT PUD 083 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1072 | BIG FOOT PUD 072 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1098 | BIG FOOT PUD 098 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1087 | BIG FOOT PUD 087 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1074 | BIG FOOT PUD 074 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1060 | BIG FOOT PUD 060 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1052 | BIG FOOT PUD 052 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1054 | BIG FOOT PUD 054 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1062 | BIG FOOT PUD 062 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 50850 | THOMPSON DENNIS | BIG FOOT | 6 | 1.00000000 | 0.82999992 |

**EXHIBIT A**
**Wells**
**Frio County, Texas**

Including all of Mortgagor's right title amd interest in and to all wells situated on all leases, as indicated in Well Count column

| NO. | LEASE | FIELD | WELL COUNT | WI | NRI |
|---|---|---|---|---|---|
| 1064 | BIG FOOT PUD 064 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1095 | BIG FOOT PUD 095 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1013 | BIG FOOT PUD 013 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1005 | BIG FOOT PUD 005 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1035 | BIG FOOT PUD 035 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1034 | BIG FOOT PUD 034 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1045 | BIG FOOT PUD 045 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999992 |
| 1003 | BIG FOOT PUD 003 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1006 | BIG FOOT PUD 006 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1012 | BIG FOOT PUD 012 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1036 | BIG FOOT PUD 036 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1049 | BIG FOOT PUD 049 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1047 | BIG FOOT PUD 047 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1038 | BIG FOOT PUD 038 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1002 | BIG FOOT PUD 002 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1040 | BIG FOOT PUD 040 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1001 | BIG FOOT PUD 001 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1026 | BIG FOOT PUD 026 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 50300 | BURNS JANE -C- | BIG FOOT | 11 | 1.00000000 | 0.82999998 |
| 1039 | BIG FOOT PUD 039 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1025 | BIG FOOT PUD 025 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1022 | BIG FOOT PUD 022 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1050 | BIG FOOT PUD 050 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1030 | BIG FOOT PUD 030 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1042 | BIG FOOT PUD 042 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1015 | BIG FOOT PUD 015 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1016 | BIG FOOT PUD 016 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1044 | BIG FOOT PUD 044 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1017 | BIG FOOT PUD 017 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1094 | BIG FOOT PUD 094 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |

## EXHIBIT A
### Wells
### Frio County, Texas

including all of Mortgagor's right title and interest in and to all wells situated on all lease, as indicated in Well Count column

| NO. | LEASE | FIELD | WELL COUNT | WI | NRI |
|---|---|---|---|---|---|
| 1023 | BIG FOOT PUD 023 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1014 | BIG FOOT PUD 014 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1004 | BIG FOOT PUD 004 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1019 | BIG FOOT PUD 019 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1018 | BIG FOOT PUD 018 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1020 | BIG FOOT PUD 020 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1021 | BIG FOOT PUD 021 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1007 | BIG FOOT PUD 007 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1009 | BIG FOOT PUD 009 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1032 | BIG FOOT PUD 032 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1008 | BIG FOOT PUD 008 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 50450 | OPPENHEIMER JESSIE D | BIG FOOT | 6 | 1.00000000 | 0.83000004 |
| 1010 | BIG FOOT PUD 010 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1011 | BIG FOOT PUD 011 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1024 | BIG FOOT PUD 024 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1142 | BIG FOOT PUD 142 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1141 | BIG FOOT PUD 141 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1148 | BIG FOOT PUD 148 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 50981 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50995 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50996 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50980 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 51000 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50994 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50987 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50979 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50997 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50978 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 1130 | BIG FOOT PUD 130 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1126 | BIG FOOT PUD 126 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |

4

## EXHIBIT A
### Wells
### Frio County, Texas

Including all of Mortgagor's right title and interest in and to all wells situated on all leases, as indicated in Well Count column

| NO. | LEASE | FIELD | WELL COUNT | WI | NRI |
|---|---|---|---|---|---|
| 50985 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50986 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50982 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50984 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 1135 | BIG FOOT PUD 135 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 51006 | "D" ZONE GAS - FEB | BIG FOOT | 4 | 1.00000000 | 0.82999992 |
| 1139 | BIG FOOT PUD 139 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1140 | BIG FOOT PUD 140 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 50989 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50988 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 51003 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 51004 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 1143 | BIG FOOT PUD 143 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 50976 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50999 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 51001 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50977 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 1147 | BIG FOOT PUD 147 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 50990 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50991 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50992 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50998 | BIG FOOT 'D' SAND-DEEPENING | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 1132 | BIG FOOT PUD 132 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1128 | BIG FOOT PUD 128 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1096 | BIG FOOT PUD 096 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1129 | BIG FOOT PUD 129 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1137 | BIG FOOT PUD 137 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1133 | BIG FOOT PUD 133 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1146 | BIG FOOT PUD 146 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1150 | BIG FOOT PUD 150 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |

# EXHIBIT A
## Wells
## Frio County, Texas

Including all of Mortgagor's right title and interest in and to all wells situated on all leases, as indicated in Well Count column

| NO. | LEASE | FIELD | WELL COUNT | WI | NRI |
|------|-------|-------|-----------|-----|-----|
| 1131 | BIG FOOT PUD 131 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1109 | BIG FOOT PUD 109 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1136 | BIG FOOT PUD 136 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1121 | BIG FOOT PUD 121 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1110 | BIG FOOT PUD 110 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1124 | BIG FOOT PUD 124 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1102 | BIG FOOT PUD 102 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1115 | BIG FOOT PUD 115 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1113 | BIG FOOT PUD 113 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1106 | BIG FOOT PUD 106 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1104 | BIG FOOT PUD 104 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1107 | BIG FOOT PUD 107 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1117 | BIG FOOT PUD 117 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1119 | BIG FOOT PUD 119 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1120 | BIG FOOT PUD 120 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1085 | BIG FOOT PUD 085 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1122 | BIG FOOT PUD 122 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1111 | BIG FOOT PUD 111 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1099 | BIG FOOT PUD 099 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1088 | BIG FOOT PUD 088 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1076 | BIG FOOT PUD 076 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1092 | BIG FOOT PUD 092 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1077 | BIG FOOT PUD 077 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1079 | BIG FOOT PUD 079 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1090 | BIG FOOT PUD 090 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1144 | BIG FOOT PUD 144 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1118 | BIG FOOT PUD 118 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1149 | BIG FOOT PUD 149 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1127 | BIG FOOT PUD 127 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1145 | BIG FOOT PUD 145 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |

# EXHIBIT A
## Wells
## Frio County, Texas

Including all of Mortgagor's right title amd interest in and to all wells situated on all leases, as indicated in Well Count column

| NO. | LEASE | FIELD | WELL COUNT | WI | NRI |
|---|---|---|---|---|---|
| 1108 | BIG FOOT PUD 108 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 50967 | BIG FOOT OLMOS B SAND UNIT "282A" | BIG FOOT | | 1.00000000 | 0.83000004 |
| 1134 | BIG FOOT PUD 134 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1138 | BIG FOOT PUD 138 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1123 | BIG FOOT PUD 123 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1151 | BIG FOOT PUD 151 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1103 | BIG FOOT PUD 103 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1125 | BIG FOOT PUD 125 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1112 | BIG FOOT PUD 112 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1105 | BIG FOOT PUD 105 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1101 | BIG FOOT PUD 101 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 50960 | JANE BURNS "35 A" | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50961 | JANE BURNS "50 A" | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50953 | JANE BURNS "E3" | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50959 | JANE BURNS "51 A" | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50962 | JANE BURNS "38 B" | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 1114 | BIG FOOT PUD 114 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 1116 | BIG FOOT PUD 116 (20) | BIG FOOT | 1 | 1.00000000 | 0.82999998 |
| 50968 | JANE BURNS "40 C" | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50964 | JANE BURNS "38 A" | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50965 | JANE BURNS "41 A" | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50969 | JANE BURNS "41 B" | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50966 | JANE BURNS "41 D" | BIG FOOT | 1 | 1.00000000 | 0.83000004 |
| 50000 | BAIN T W | BIG FOOT | 2 | 1.00000000 | 0.82999998 |
| 50800 | THOMPSON C S -A- | BIG FOOT | 2 | 1.00000000 | 0.83000004 |
| 50050 | BAKER CHARLES | BIG FOOT | 2 | 1.00000000 | 0.82999998 |
| 50951 | THOMPSON WEBB -B2 | BIG FOOT | 7 | 1.00000000 | 0.83000004 |
| 50250 | BURNS JANE -A- | BIG FOOT | 2 | 1.00000000 | 0.82999998 |
| 50650 | SAUNDERS SUSIE | BIG FOOT | 2 | 1.00000000 | 0.82999998 |
| 50700 | SCHELLER H A | BIG FOOT | 3 | 1.00000000 | 0.82999998 |

7

FILED AND RECORDED
2008 Sep-08  PM 01:00

Instr #: 0122201

ANGIE TULLIS
COUNTY CLERK
FRIO COUNTY, TEXAS
By _____ Deputy

THE STATE OF TEXAS
COUNTY OF FRIO

I, Angie Tullis, Clerk of the County Court Frio County, Texas, do hereby certify that the foregoing instrument, with its Certificate of Authorization, was duly recorded on the 8th day of Sept. 2008 at 1:18 M. in Volume 51 Page 772-778 OR Records of Frio County, Texas.

Witness my hand and seal of the County Court of said County, at office in Pearsall, this 8th day of Sept. 2008.

By _____ Deputy

ANGIE TULLIS
COUNTY CLERK, FRIO COUNTY, TEXAS

VOL 0051 PAGE 778

B6B (Official Form 6B) (12/07)

In re  **Z-2, LLC**                                                      Case No.    **11-50069-lmc**
                                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Arvest Bank<br>502 S. Main Mall<br>Tulsa, OK  74103<br>Account ****2073 | $12.48 |
| | | Texas Capital Bank<br>2350 Lakeside Blvd.<br>Richardson, TX  75082<br>Account ****8378 | $139.78 |
| | | Spirit Bank<br>1800 S. Baltimore<br>Tulsa, OK  74119<br>Account ****5329<br>Account ****9298 | $213.41 |
| | | Bank of Oklahoma<br>PO Box 2300<br>Tulsa, OK  74192-0001<br>Account ****3338 | $225.57 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Rent Deposit, Florida Office | $2,500.00 |
| | | Langley & Banack, Retainer/Deposit | $15,000.00 |
| | | Indemco, P&A Bond | $50,018.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Z-2, LLC**                                                     Case No.   **11-50069-lmc**_____
                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Z-2, LLC**                                            Case No.  **11-50069-lmc** _____

                                                                         (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | 50% interest in Big Foot 2004-1 Drilling Program, LP - Net book value $57,158 | | $0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Shell Oil | | $543,502.00 |
| | | Regency Gas | | $3,821.00 |
| | | Joint Interest Billings (from various custoemrs) (Debtor is of the opinion that all are collectable) | | $6,336.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Due from Maverick Energy Group | | $243,720.00 |
| | | Due from BF 2004-1 | | $251,185.00 |
| | | Due from Diamond Energy Services, LP | | $8,500.00 |
| | | Due from Z3, LLC | | $61,082.00 |
| | | Due from Zeus Energy Resources | | $16,468.00 |
| | | Due from High Desert Natural Gas | | $85,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Z-2, LLC**                                    Case No.  **11-50069-lmc** _____
                                                                 (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Z-2, LLC**                                           Case No.   **11-50069-lmc**_____

                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Tubing, casing, buildings & equipment, parts, tools & other, in yard at field | $123,047.00 |
| 30. Inventory. | | Oil inventory stored in tanks in Big Foot field, approx. 2,886 barrels | $250,000.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Potential causes of action against Lender | Unknown |

____4____ continuation sheets attached          **Total  >**   **$1,660,770.24**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Z-2, LLC**                                              Case No.  __**11-50069-lmc**_____

                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450.*

☐  11 U.S.C. § 522(b)(2)

☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Z-2, LLC**                                                    Case No.  **11-50069-lmc**
                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Atascosa County Tax Assessor**<br>**1001 Oak Street**<br><br>**Jourdanton, TX 78026-2849** | | DATE INCURRED: **2010**<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE: **$105,000,000.00** | | | | **$266.00** | |
| ACCT #:<br><br>**Charlotte ISD**<br>**PO Box 366**<br>**Charlotte, TX  78011** | | DATE INCURRED: **2010**<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE: **$105,000,000.00** | | | | **$481.00** | |
| ACCT #:<br><br>**CIT Capital USA, Inc.**<br>**505 5th Ave., 10th Fl.**<br>**New York, NY  10017** | | DATE INCURRED: **08/27/08**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Substantially all assets of Z2**<br>REMARKS:<br>**Senior Secured Revolving Credit**<br>**Agreement**<br>**Outstanding Principal**<br>VALUE: **$105,000,000.00** | | | | **$30,000,000.00** | |
| ACCT #:<br><br>**CIT Capital USA, Inc.**<br>**505 5th Ave., 10th Fl.**<br>**New York, NY  10017** | | DATE INCURRED: **08/27/08**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Substantially all assets of Z2**<br>REMARKS:<br>**Second Lien Term Loan**<br>**Outstanding Principal**<br><br>VALUE: **$105,000,000.00** | | | | **$25,000,000.00** | |
| | | Subtotal (Total of this Page) > | | | | **$55,000,747.00** | **$0.00** |
| | | Total (Use only on last page) > | | | | | |

_____**4**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Z-2, LLC**                                        Case No.  **11-50069-lmc**
                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**CIT Capital USA, Inc.**<br>**505 5th Ave., 10th Fl.**<br>**New York, NY  10017** | | DATE INCURRED:  **08/27/08**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Substantially all assets of Z2**<br>REMARKS:<br>**Senior Secured Revolving Credit**<br>**Agreement - Interest**<br>**Accrued Interest through  Jan. 3, 2011**<br><br>VALUE:  **$105,000,000.00** | | | | **$3,137,211.00** | |
| ACCT #:<br><br>**CIT Capital USA, Inc.**<br>**505 5th Ave., 10th Fl.**<br>**New York, NY  10017** | | DATE INCURRED:  **08/27/08**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Substantially all assets of Z2**<br>REMARKS:<br>**Second Lien Term Loan**<br>**Accrued Interest through  Jan. 3, 2011**<br><br>VALUE:  **$105,000,000.00** | | | | **$5,457,399.00** | |
| ACCT #:<br><br>**Devine ISD**<br>**205 W. College**<br>**Devine TX  78011** | | DATE INCURRED:  **2010**<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE:  **$105,000,000.00** | | | | **$88,359.00** | |
| ACCT #:<br><br>**Frio County**<br>**PO Box 1192**<br>**Pearsall TX  78061** | | DATE INCURRED:  **2010**<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE:  **$105,000,000.00** | | | | **$54,561.00** | |

Sheet no. ____**1**____ of ____**4**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >   **$8,737,530.00**   **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Z-2, LLC**                                                   Case No.  **11-50069-lmc**
                                                                              (if known)

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Frio County Appraisal District**<br>**PO Box 1192**<br>**Pearsall TX  78061** | | DATE INCURRED:  **2009**<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE:  **$105,000,000.00** | | | | **$4,957.00** | |
| ACCT #:<br><br>**Frio County Appraisal District**<br>**PO Box 1192**<br>**Pearsall TX  78061** | | DATE INCURRED:  **2010**<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE:  **$105,000,000.00** | | | | **$14,750.00** | |
| ACCT #:<br><br>**Frio County Tax Assessor**<br>**500 E. San Antonio St, Box 20**<br>**PO Box 1192**<br>**Pearsall, Texas 78061** | | DATE INCURRED:  **2009**<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE:  **$105,000,000.00** | | | | **$20,667.00** | |
| ACCT #:<br><br>**Internal Revenue Service**<br>**Special Procedures-Insolvency**<br>**PO Box 7346**<br>**Philadelphia, PA  19101-7346** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**N/A**<br>COLLATERAL:<br>**N/A**<br>REMARKS:<br><br>VALUE:  **$0.00** | | | | **Notice Only** | **Notice Only** |

Sheet no. ____**2**____ of ____**4**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >   **$40,374.00**   **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Z-2, LLC**

Case No.  **11-50069-lmc**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Macquarie Bank Limited**<br>**1 Martin Place**<br>**Sydney NSW 2000**<br>**Australia** | | DATE INCURRED:  **08/27/08**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Substantially all assets of Z2**<br>REMARKS:<br>**Int'l Swaps & Derivatives Ass'n Inc.**<br>**2002 Master Agreement**<br>**Amount per close-out notice of**<br>**Sept.15, 2010**<br>VALUE:          **$105,000,000.00** | | | X | **$4,340,718.88** | |
| ACCT #:<br><br>**Macquarie Bank Limited**<br>**Level 30, Citypoint**<br>**1 Ropemaker Street**<br>**London EC2Y9HD** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Notice Only**<br>COLLATERAL:<br>**Substantially all assets of Z2**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**Medina County Tax Collector**<br>**1102 15th St.**<br>**Hondo TX  78861** | | DATE INCURRED:  **2009**<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE:          **$105,000,000.00** | | | | **$58,100.00** | |
| ACCT #:<br><br>**Medina County Tax Collector**<br>**1102 15th St.**<br>**Hondo TX  78861** | | DATE INCURRED:  **2010**<br>NATURE OF LIEN:<br>**Ad valorem taxes**<br>COLLATERAL:<br>**Real Property**<br>REMARKS:<br><br>VALUE:          **$105,000,000.00** | | | | **$9,958.00** | |

Sheet no. _____**3**_____ of _____**4**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    **$4,408,776.88**     **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Z-2, LLC**                                    Case No.  **11-50069-lmc**
                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**Shell Trading (US) Company**<br>**2 Houston Center**<br>**909 Fannin Street**<br>**Houston, TX  77010** | | DATE INCURRED:  **08/27/08**<br>NATURE OF LIEN:<br>**Loan**<br>COLLATERAL:<br>**Substantially all assets of Z2**<br>REMARKS:<br>**Second Lien Term Loan**<br>**Estimate of rejected hedge liability**<br><br>VALUE:          **$105,000,000.00** | | | X | $824,559.00 | |
| ACCT #: <br><br>**Texas Comptroller of Public Accounts**<br>**PO Box 149358**<br>**Austin TX  78714-9358** | | DATE INCURRED:  **2010**<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>.<br>REMARKS:<br><br>VALUE:               **$0.00** | | | | $54.00 | $54.00 |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**4**____ of ____**4**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $824,613.00 | $54.00 |
| Total (Use only on last page) > | $69,012,040.88 | $54.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re **Z-2, LLC**                                             Case No.     **11-50069-lmc**
                                                                            (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Z-2, LLC**                                                    Case No.  **11-50069-lmc**
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Gas Sales Tax Payable**<br>**Comptroller of Public Accounts**<br>**111 E. 17th St.**<br>**Austin TX  78774-0100** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia PA 19101-7346** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**Office of the Attorney General**<br>**PO Box 12548**<br>**Austin, TX 78711-2548** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| ACCT #:<br>**United States Trustee**<br>**615 E. Houston St. #533**<br>**San Antonio TX 78205** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
| | | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$0.00** | | |
| | | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$0.00** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re   **Z-2, LLC**                                          Case No.   **11-50069-lmc**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9082**<br>**ACH Payment**<br>**4625 Greenville Ave, STE 306**<br>**Dallas, TX 75206** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9380**<br>**Addie Mae Smith Life Estate**<br>**5160 Femmer CT**<br>**Odessa, TX 79762** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9340**<br>**Alf W Roark Estate**<br>**Alfred Weldon Roark Jr & David**<br>**202 Knox Street, Ste E**<br>**Houston, TX 77007** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx7451**<br>**Alice Parker**<br>**100 Havenwood Dr**<br>**Gadsden, AL 35903** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx7700**<br>**Allen Males**<br>**200 Loneman Overlook**<br>**Wimberly, TX 78676** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9307**<br>**Allison John Harwood**<br>**531 Murworth Dr**<br>**Houston, TX 77025** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| | | | | Subtotal > | | **$6.00** |
| | | | | Total > | | |

_____50_____continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**

Case No.   **11-50069-lmc**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9302**<br>**Alyne H Woodring**<br>**7600 Broadway F 5**<br>**San Antonio, TX 78209** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx4850**<br>**American Drilling Company LLC**<br>**1120 Granville Ave #102**<br>**Los Angeles, CA 90049** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9329**<br>**Ann Henderson**<br>**2017 Regent Drive**<br>**Abilene, TX 79605** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **x0103**<br>**Anna Pearl Secrest Fell**<br>**208 Rodeo Drive**<br>**Georgetown, TX 78628** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS:<br>**Royalty Owner** | | | | **$1.00** |
| ACCT #:  **xx6152**<br>**Anne Shok Aderhold**<br>**2218 Woodmen**<br>**San Antonio, TX 78209** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9296**<br>**Arlene Miller**<br>**2310 Briarwood**<br>**San Antonio, TX 78209** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**1**____ of ____**50**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$6.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**

Case No.   **11-50069-lmc**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9087**<br>**Arnold Saunders**<br>**P.O. Box 521**<br>**Devine, TX 78016** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9321**<br>**Arthur F Clark**<br>**P.O. Box 1675**<br>**Liberty, NC 27298** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx5893**<br>**Asher Resources**<br>**Oil & Gas Property Acquisition**<br>**20770 Hwy 281 N., # 108-615**<br>**San Antonio, TX 78258** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx0035**<br>**Asher Resources**<br>**20770 Hwy 281 N., # 108-615**<br>**San Antonio, TX 78258** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7456**<br>**Aurora Varner**<br>**1622 Basse Rd**<br>**San Antonio, TX 78213** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9352**<br>**Barbara Hudson Life Estate**<br>**263 County Road 4709**<br>**Sulphur Springs, TX 75482** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. _____**2**_____ of _____**50**_____ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$6.00**

Total >

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                                Case No.   **11-50069-lmc**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Basic Energy Services**<br>**PO Box 841903**<br>**Dallas TX  75284-1903** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$33,389.45** |
| ACCT #:  **xx1960**<br>**Bauchman Investments Ptnsp Ltd**<br>**C/O John R Hannah & CO LLP**<br>**800 Navarro, Ste 210**<br>**San Antonio, TX 78205** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx6045**<br>**Baylor University**<br>**% Baptist Foundation of Texas**<br>**1601 Elm, Ste 1700**<br>**Dallas, TX 75201** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx6262**<br>**Bette B Burton**<br>**C/O Bette B Burton Trustee**<br>**P.O. Box 1104**<br>**Fulshear, TX 77441** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7704**<br>**Bette Bradford Burton**<br>**P.O. Box 1104**<br>**Fulshear, TX 77441** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9351**<br>**Betty Banning Life Estate**<br>**1014 Mountain View Dr.**<br>**San Marcos, TX 78666** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. _____**3**_____ of _____**50**_____ continuation sheets attached to                                    Subtotal >   **$33,394.45**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                            Total >
                                           **(Use only on last page of the completed Schedule F.)**
                                           **(Report also on Summary of Schedules and, if applicable, on the**
                                           **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**

Case No.   **11-50069-lmc**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx7698**<br>**Betty Males Tieman**<br>**20911 Eagle Bend**<br>**Katy, TX 77450** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9148**<br>**Betty Nessly Berkey**<br>**38 Haverhill Way**<br>**San Antonio, TX 78209** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx2248**<br>**Betty Spencer**<br>**49 Rockland Drive**<br>**Fairborn, OH 45324** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Big Foot 2004-1 Drilling Program**<br>**406 S. Boulder Ste 708**<br>**Tulsa OK  74103** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$90,180.00** |
| ACCT #:  **xx9508**<br>**Bill L Holland Jr**<br>**2001 Highlands Dr.**<br>**Spicewood, TX 78669** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **x2189**<br>**Billy L Powell**<br>**P.O. Box 5867**<br>**Kingwood, TX 77325** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**4**____ of ____**50**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$90,185.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.   **11-50069-lmc**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx4675**<br>**Blumberg Family Investment Partnership L**<br>**200 N River Street, Ste 150**<br>**Seguin, TX 78155** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx0067**<br>**Bordovsky Land Management LLC**<br>**914 Prairie Meadow**<br>**San Antonio, TX 78258** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Business & Financial Consultants, LLC**<br>**406 S. Boulder, Ste 708**<br>**Tulsa OK  74103** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$138,777.00** |
| ACCT #:  **xx6479**<br>**Calvin K Hardt**<br>**110 Brentwood PL**<br>**Port Lavaca, TX 77979** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Capital Well Services**<br>**1437 "E" Street**<br>**Jourdanton, TX  78026** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$24,721.03** |
| ACCT #:  **xx9150**<br>**Carl Michael Harms**<br>**P.O. Box 2082**<br>**Canyon Lake, TX 78130** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. _____**5**_____ of _____**50**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$163,502.03**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Z-2, LLC**

Case No.  **11-50069-lmc**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx7869**<br>**Carla Ann Blumberg Spec Trust**<br>**Carla Ann Blumberg Trustee**<br>**P.O. Box 279**<br>**Austin, TX 78767** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx1927**<br>**Carol Ann Street**<br>**849 Country Club Place**<br>**Grand Praire, TX 7502** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **x5694**<br>**Carol Thompson Crouch Indep**<br>**Exec Margaret H Thompson Est**<br>**390 County Rd 777**<br>**Devine, TX 78016** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9292**<br>**Caroline Sartwelle Buffaloe**<br>**221 E Bayshore Dr**<br>**Palacios, TX 77465** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3587**<br>**Carolyn Jane Goldsmith-James**<br>**P.O. Box 717**<br>**Port Arkansas, TX 78373** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9320**<br>**Catherine Smith Gay**<br>**6630 Conway Lakes Drive**<br>**Orlando, FL 32812** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**6**____ of ____**50**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$6.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                          Case No.   **11-50069-lmc**
                                                                       (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9091**<br>**Cathryn C Hickman**<br>**116 Lakefront Dr**<br>**Point Venture, TX 78645** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx8019**<br>**Charles W Rosenaur**<br>**1218 E County Road 2302**<br>**Riviera, TX 78379** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9127**<br>**Charlotte Estelle Stiehl**<br>**301 Gorgia Circle**<br>**Placentia, CA 92841** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9132**<br>**Charlotte R Lewis**<br>**5160 Femmer CT**<br>**Odessa, TX 79762** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9568**<br>**Cheryl Jayne Gire**<br>**405 Wyong Road**<br>**Australia,  00008** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3018**<br>**Chesney Coker Jr**<br>**1504 Gaston Ave**<br>**Austin, TX 78703** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**7**____ of ____**50**____ continuation sheets attached to                                  Subtotal >     **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                             Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Z-2, LLC**

Case No. **11-50069-lmc**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xx5176**<br>**Choctaw Energy Ltd Prtshp**<br>**P.O. Box 6387**<br>**San Antonio, TX 78209** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #: **xx9090**<br>**Clifford E Saunders**<br>**18106 Cadbury**<br>**Houston, TX 77084** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #: **xx9347**<br>**Clifton D Micheli Life Est**<br>**236 Romberg St.**<br>**Seguin, TX 78155** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #: **xx6967**<br>**Cobra Petroleum Company**<br>**P.O. Box 136355**<br>**Ft. Worth, TX 76136** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #: **xx6071**<br>**Colleen Roche Ragsdale**<br>**7314 Lazy Trails**<br>**San Antonio, TX 78250** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #: **xx8656**<br>**Concophillips**<br>**Net Settlement**<br>**P.O. Box 22295 Network Place**<br>**Chicago, IL 60673** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |

Sheet no. ___**8**___ of ___**50**___ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$6.00**

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Z-2, LLC**                                                    Case No. **11-50069-lmc**
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xx8661**<br>**Concophillips**<br>**22342 Network Place**<br>**Chicago, IL 60673** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS:<br>**252** | | | | **$1.00** |
| ACCT #: **xx9377**<br>**Dahlike Living Trust 4/26/94**<br>**Theodore W & Marsa L Dahlke Trustees**<br>**2463 Willow Loop East**<br>**Florence, OR 97439** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx3015**<br>**Dale Talley Coker Indp**<br>**Ext Est of Anna Pearl Talley**<br>**1504 Gaston Ave**<br>**Austin, TX 78703** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx3016**<br>**Dale Talley Coker Indp**<br>**1504 Gaston Ave**<br>**Austin, TX 78703** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx0893**<br>**Dallas R Wauson Trustee**<br>**Dorothy Wauson Test Trust**<br>**P.O. Box 4615**<br>**Eagle Pass, TX 78853** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx9309**<br>**Dana Ruth Allison**<br>**P.O. Box 2310**<br>**So Padre Island, TX 78597** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. _____**9**_____ of _____**50**_____ continuation sheets attached to              Subtotal >        **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**                                        Case No.    **11-50069-lmc**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx4086**<br>**Darla Faye Reece**<br>**5117 Abbey Glen Drive**<br>**Flower Mound, TX 75028** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9733**<br>**Darlene J Hansen**<br>**4603 Balfour RD SP 107**<br>**Brentwood, CA 94513** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3379**<br>**Dave Shelton**<br>**4207 Lead Avenue SE**<br>**Albuquerque, NM 87108** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9714**<br>**David C Sugarek**<br>**P.O. Box 990**<br>**Corpus Christi, TX 78403** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx5594**<br>**David L Kundysek D/B/A**<br>**Southwest Petroleum Company**<br>**P.O. Box 702377**<br>**Dallas, TX 75370** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9396**<br>**Debbie Sue Thompson**<br>**P.O. Box 61095**<br>**Corpus Christi, TX 78466** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. _____**10**_____ of _____**50**_____ continuation sheets attached to                    Subtotal >              **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                        (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.  In re  Z-2, LLC

1:50069-lmc  Doc#30  Filed 01/27/11  Entered 01/27/11 16:08:00  Main Document  Pg 37 of 143

Case No.  11-50069-lmc
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Deep Rock, LLC**<br>**406 S. Boulder, Ste 710**<br>**Tulsa, OK  74103** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$31,345.00** |
| ACCT #:  **xx9102**<br>**Desiderio Gallegos Sr**<br>**P.O. Box 101**<br>**Charlotte, TX 78011** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Diamond Energy Services**<br>**406 S. Boulder Ste 708**<br>**Tulsa Ok  74103** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$1,103,308.00** |
| ACCT #:  **xx9311**<br>**Diane Allison**<br>**4754 Druid Hills Drive**<br>**Frisco, TX 75034** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9279**<br>**Dillingham Schleider & Lewis**<br>**% Ben H Schleider**<br>**5444 Westheimer, Ste 2000**<br>**Houston, TX 77057** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx8797**<br>**Dixie L Mayfield**<br>**P.O. Box 1666**<br>**Palestine, TX 75802** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ___11___ of ___50___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$1,134,657.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                                                                     Case No.   **11-50069-lmc**
                                                                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9343**<br>**Donald & Martha Trekell Rev Tr**<br>**Donald Martha & Frank D Trekell Trstees**<br>**Box 10038**<br>**Casa Grande, AZ 85230** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9518**<br>**Donald D Trekell Jr**<br>**5714 Llano**<br>**Dallas, TX 75206** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9314**<br>**Dora Mae McCloud**<br>**1709 Lebanon CH Rd.**<br>**Paducah, KY 42003** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx1597**<br>**Dorchester Minerals LP**<br>**P.O. Box 840127**<br>**Dallas, TX 75284** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9336**<br>**Dorothy Jane Lewis**<br>**C/O Nancy L Boyd AIF**<br>**P.O. Box 428**<br>**Garwood, TX 77442** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx1926**<br>**Dorothy Ray Griffin**<br>**500 Griffin Lane**<br>**Lorena, TX 76655** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. _____**12**_____ of _____**50**_____ continuation sheets attached to                                    Subtotal >                  **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                       Total >
                                                          **(Use only on last page of the completed Schedule F.)**
                                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**                                         Case No.    **11-50069-lmc**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xx9128<br>**Dorothy Scheller Thilman**<br>**318 Bill Lou Dr**<br>**Collinsville, IL 62234** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  xx9308<br>**Douglas Allison**<br>**4920 Ocean Dr**<br>**Corpus Christi, TX 78412** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  xx9221<br>**Dr. Johanna Smith**<br>**223 N. Guadalupe, Box 186**<br>**Santa Fe, NM 87501** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  xx7763<br>**Drew M Darsey**<br>**5025 Riverway #16**<br>**Houston, TX 77056** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  xx9277<br>**Edens Houston**<br>**2410 Bluebonnet**<br>**Houston, TX 77030** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  xx9107<br>**Editha Brashear**<br>**1355 Barefoot Rd**<br>**Knoxville, IL 61448** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**13**____ of ____**50**____ continuation sheets attached to                    Subtotal >            **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                             Case No.   **11-50069-lmc**
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x6096**<br>**Edward Austin Blumberg Trust**<br>**Edward A Blumberg Trustee**<br>**200 N River Street, Ste 150**<br>**Seguin, TX 78155** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx7847**<br>**Elaine Miller Bright**<br>**435 Sheraton**<br>**San Antonio, TX 78209** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9319**<br>**Elizabeth Smith Mclain**<br>**3436 Roslyn Road**<br>**Venice, FL 33595** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9303**<br>**Ellis E Mcclellan**<br>**12813 Mountain Rd NE**<br>**Albuquerque, NM 87112** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9375**<br>**Elmer D Scheller**<br>**Eloise T Scheller A/I/F**<br>**50 Maple Via**<br>**Anaheim, CA 92801** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9382**<br>**Eloise Joanne Holt Estate**<br>**% Tammy Holt Holloway**<br>**220 West Jefferson**<br>**Orleans, IN 47452** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |

Sheet no. ____**14**____ of ____**50**____ continuation sheets attached to         Subtotal >         **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**

Case No.   **11-50069-lmc**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xx3050**<br>**Eloise Scheller**<br>**50 Maple Via**<br>**Anaheim, CA 92801** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx9330**<br>**Emory Rauschhuber**<br>**13640 Sherwood Rd.**<br>**Atascoca, TX 78002** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx9116**<br>**Ermine Pitman**<br>**102 Traub St**<br>**Indianapolis, IN 46222** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx9271**<br>**Ernestine Boyd**<br>**7207 East FM 462**<br>**Big Foot, TX 78005** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx7296**<br>**Esther L Schweppe**<br>**418 Rue De Matta**<br>**San Antonio, TX 78232** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx9114**<br>**Eva Hazel Knight**<br>**1401 Hwy 57 SO**<br>**Washington, IN 47501** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**15**____ of ____**50**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$6.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**                                        Case No.    **11-50069-lmc**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx7455**<br>**Evangelina Gonzalez**<br>**2319 Greencrest**<br>**San Antonio, TX 78213** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9305**<br>**Evelyn Downes**<br>**P.O. Box 775**<br>**Pearsall, TX 78061** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9349**<br>**Evelyn Galbreath Life Est**<br>**1924 Madera**<br>**Waco, TX 76705** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9098**<br>**Evelyn Thompson Lindsey**<br>**5807 Ben Casey**<br>**San Antonio, TX 78240** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS:<br>**89** | | | | **$1.00** |
| ACCT #:  **xx9514**<br>**F Earl Scheig Estate**<br>**Edward E Scheig Exec**<br>**25202 Burgh Castle Dr.**<br>**Spring, TX 77389** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7702**<br>**F J Bradford**<br>**5642 Wickersham**<br>**Houston, TX 77056** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ___**16**___ of ___**50**___ continuation sheets attached to            Subtotal >            **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                                    Case No.  **11-50069-lmc**
                                                                                      (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx6261**<br>**Floyd J Bradford**<br>**C/O Floyd J Bradford Jr Ttee**<br>**5658 Willers Way**<br>**Houston, TX 77056** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9512**<br>**Frank David Trekell**<br>**CO Tvt Account**<br>**Casa Grande, AZ 85222** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7580**<br>**Frank L & Josephine F Bain**<br>**617 W Brown**<br>**Devine, TX 78016** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **x3043**<br>**Frost Nat'l Bank Trustee**<br>**Emma Freeman Foundation**<br>**P.O. Box 1600**<br>**San Antonio, TX 78296** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3636**<br>**Frost Nat'l Bank Trustee**<br>**Francis O Ullman Estate, Acct # G09020**<br>**P.O. Box 1600**<br>**San Antonio, TX 78296** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx6085**<br>**Garwood Resources LLC**<br>**P.O. Box 428**<br>**Garwood, TX 77442** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**17**____ of ____**50**____ continuation sheets attached to                    Subtotal >          **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                         **(Use only on last page of the completed Schedule F.)**
                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                                    Case No.   **11-50069-lmc**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9421**<br>**Gasrock Capital LLC**<br>**Wire Transfer - Attn: Frank Weiser**<br>**1221 McKinney St, STE 3180**<br>**Houston, TX 77010** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9137**<br>**George L Scheller Jr**<br>**29547 Woodchuck LN**<br>**Bonanza, OR 97623** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9250**<br>**Gladys B Jennings**<br>**6308 Halifax Rd**<br>**Fort Worth, TX 76116** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx8392**<br>**Gray David Geiselman**<br>**1302 Omar Street**<br>**Houston, TX 77008** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3380**<br>**Gregory Scott Noel**<br>**948 East College Ave**<br>**Batesville, AR 72501** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9511**<br>**Gretchen Trekell Sargeant**<br>**6325 Castejon**<br>**La Jolla, CA 92037** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**18**____ of ____**50**____ continuation sheets attached to                                           Subtotal >           **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                                    Case No.   **11-50069-lmc**
                                                                                   (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx8789**<br>**Grover J Geiselman III Trust**<br>**Grover J Geiselman III Trustee**<br>**400 South 6th Street**<br>**Richmond, TX 77469** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7453**<br>**Guadalupe G Perez**<br>**1525 Santa Barbara**<br>**San Antonio, TX 78201** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9262**<br>**Guy H Allison**<br>**P.O. Drawer 23080**<br>**Corpus Christi, TX 78403** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **x8795**<br>**H Huffman & Co**<br>**ACH Payment Midfirst**<br>**301 NW 63rd St, Ste 510**<br>**Oklahoma City, OK 73116** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **x9390**<br>**H James Lucas**<br>**ACH Payment**<br>**2238 Estate View**<br>**San Antonio, TX 78260** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Haliburton Energy Services**<br>**PO Box 203143**<br>**Houston, TX  77216-3143** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$35,115.85** |

Sheet no. ____**19**____ of ____**50**____ continuation sheets attached to                   Subtotal >    | **$35,120.85** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                        Case No.   **11-50069-lmc**
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9295**<br>**Harry A Nass Jr**<br>**41 Millwood**<br>**San Antonio, TX 78216** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3400**<br>**Henry David Thompson**<br>**4200 Creek Road**<br>**Dripping Springs, TX 78620** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9376**<br>**Herbert Oppenheimer MAR/TR/B**<br>**Marian & John Oppenheimer TTEE**<br>**P.O. Box 960**<br>**San Antonio, TX 78294** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9104**<br>**Herman Gallegos Jr**<br>**3526 Lynwood**<br>**Corpus Christi, TX 78415** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9103**<br>**Hermenejildo Gallegos Sr**<br>**1837 Sherman St**<br>**Corpus Christi, TX 78416** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9131**<br>**Hilda F Williams**<br>**311 Court St**<br>**Alameda, CA 94501** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. _____**20**_____ of _____**50**_____ continuation sheets attached to                         Subtotal >         **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**

Case No.   **11-50069-lmc**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x6095**<br>**Hilmar D Blumbert**<br>**200 N River Street, Ste 150**<br>**Seguin, TX 78155** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:<br>**Hogan and Taylor**<br>**2200 S. Utica Place, Ste 400**<br>**Tulsa, OK  74114-7000** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | $24,630.00 |
| ACCT #:  **xx9282**<br>**Hortense Moore**<br>**1104 Redd Street**<br>**Austin, TX 78745** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx7703**<br>**Howard Pyle Bradford**<br>**10201 Stephens CT**<br>**Ft Smith, AR 72908** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx6260**<br>**Howard Pyle Bradford**<br>**C/O Howard P Bradford Trustee**<br>**P.O. Box 181329**<br>**Fort Smith, AR 72918** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx3091**<br>**Howard T Alexander**<br>**100 South University Blvd**<br>**Denver, CO 80209** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |

Sheet no. ____**21**____ of ____**50**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$24,635.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                                          Case No.   **11-50069-lmc**
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx3171**<br>**Hugh Preston Perron**<br>**11800 East State Hwy 29**<br>**Llano, TX 78643** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx2560**<br>**Inez Vega Gallegos**<br>**11754 Millsway Drive**<br>**San Antonio, TX 78253** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3404**<br>**Irene Thompson Wallis**<br>**704 East Alabama St**<br>**Pearsall, TX 78061** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3402**<br>**Isabel Thompson Schorp**<br>**Box 685**<br>**Pearsall, TX 78061** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9265**<br>**J D Bell Jr**<br>**2750 E Cedar Ave**<br>**Denver, CO 80209** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx8519**<br>**Jakubik Family Trust**<br>**John T & Jane M Jakubik Ttees**<br>**3910 Dewalt Manor**<br>**Missouri City, TX 77459** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ___**22**___ of ___**50**___ continuation sheets attached to                    Subtotal >                    **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Z-2, LLC**                                                  Case No.  **11-50069-lmc**
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx1959**<br>**James Bauchman Ptnsp Ltd**<br>**C/O John R Hannah & CO LLP**<br>**800 Navarro, Ste 210**<br>**San Antonio, TX 78205** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx5505**<br>**James D Sartweele Living Trust**<br>**C/O James D Sartwelle Jr. TRUSTE**<br>**P.O. Box 540**<br>**Sealy, TX 77474** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9346**<br>**James Ernest Biediger L/E**<br>**HC 34 Box 907**<br>**Uvalde, TX 78801** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9130**<br>**Janice K Blackwell**<br>**Rt 11 Box 511**<br>**Bedford, IN 47421** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx0861**<br>**JDMI LLC**<br>**P.O. Box 1540**<br>**Corpus Christi, TX 78403** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3478**<br>**Jefferson P Sellers Ltd**<br>**95 Lakeshore Drive**<br>**Corpus Christi, TX 78413** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**23**____ of ____**50**____ continuation sheets attached to                    Subtotal >        **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**

Case No.   **11-50069-lmc**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9118**<br>**Jerald Pitman**<br>**3404 S Madison St**<br>**Bloomington, IN 47401** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **x5634**<br>**Jesse H Oppenheimer L/T**<br>**711 Narvaro St, Ste 620**<br>**San Antonio, TX 78205** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9248**<br>**Jettex Resources**<br>**P.O. Box 570773**<br>**Houston, TX 77257** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7222**<br>**Jil Oil Corp**<br>**P.O. Box 791910**<br>**San Antonio, TX 78279** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9274**<br>**Joe H Hindes**<br>**Box 310**<br>**Charlotte, TX 78011** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **x0013**<br>**John C Hugon**<br>**301 Commerce Street, Ste 1420**<br>**Fort Worth, TX 76102** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**24**____ of ____**50**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$6.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Z-2, LLC**                                                     Case No.  **11-50069-lmc**
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9748**<br>**John Carter Tinsley**<br>**P.O. Box 98868**<br>**Raleigh, NC 27624** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx0914**<br>**John D Schoolfield**<br>**P.O. Box 29218**<br>**San Antonio, TX 78229** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3589**<br>**John Robert Goldsmith Jr**<br>**6612 Whitemarsh Valley Walk**<br>**Austin, TX 78746** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**John S. Bordovsky**<br>**8074 Knowlton Rd.**<br>**San Antonio TX  78263** | | DATE INCURRED:  **Aug. 2010**<br>CONSIDERATION:<br>**Note for property damage**<br>REMARKS: | | | | **$6,665.40** |
| ACCT #:  **xx9353**<br>**John S. Bordovsky Trust**<br>**Patrick & John S III & Michael**<br>**4803 Sea Breeze**<br>**San Antonio, TX 78220** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9143**<br>**John Stephen Bordovsky III**<br>**8074 Knowlton Rd**<br>**San Antonio, TX 78263** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**25**____ of ____**50**____ continuation sheets attached to                    Subtotal >          **$6,670.40**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                     **(Use only on last page of the completed Schedule F.)**
                                     **(Report also on Summary of Schedules and, if applicable, on the**
                                     **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**

Case No.   **11-50069-lmc**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9324**<br>**John W Clark**<br>**Box 140125**<br>**Dallas, TX 75214** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**John W. Pelger**<br>**6759 S. Atlanta Ave.**<br>**Tulsa, OK  74136** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Consulting services re Burdovsky damages**<br>REMARKS: | | | | **$4,064.52** |
| ACCT #:  **xx9166**<br>**Jon F Cobb**<br>**4625 Greenville Ave, STE 306**<br>**Dallas, TX 75206** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx1628**<br>**Jon S Brown**<br>**P.O. Box 246**<br>**Palestine, TX 75802** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7458**<br>**Josefa Aguilar**<br>**1460 S 14th Street**<br>**Sheboygan, WI 53081** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx2176**<br>**Joseph Cohn MD**<br>**A/I/F Daphne A Cohn Trustee**<br>**479 Homestead Drive**<br>**Fredericksburg, TX 78624** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. _____**26**_____ of _____**50**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$4,069.52**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**                                                    Case No.   **11-50069-lmc**
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx0392**<br>**Joyce Gurwitz Shefts**<br>**160 River Shadows**<br>**McQueeney, TX 78123** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9283**<br>**JT Neal Jr**<br>**414 E Florida St**<br>**Pearsall, TX 78061** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9270**<br>**Juanita Sayles Brian**<br>**8618 Autumn Sunset**<br>**San Antonio, TX 78239** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx6600**<br>**Julianne Carson**<br>**5008 Stonehenge Lane**<br>**Norman, OK 73026** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3017**<br>**June Hurley**<br>**Ind Exec of the Gidney Talley Jr Estate**<br>**P.O. Box 24**<br>**Pleasanton, TX 78064** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9088**<br>**Karen Crley Bridges**<br>**9621 Bayou Brook**<br>**Houston, TX 77063** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no.  ____**27**____ of ____**50**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$6.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**

Case No.   **11-50069-lmc**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx7524**<br>**Katherine L Abel**<br>**ACH Payment**<br>**P.O. Box 38**<br>**Ida, MI 48140** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx8692**<br>**Kathleen Cawthon Hoelscher_TR**<br>**163 April Waters Dr North**<br>**Montgomery, TX 77356** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx3408**<br>**Kathleen Thompson**<br>**P.O. Box 56**<br>**Charlotte, TX 78011** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9145**<br>**Kathryn Rita Hurst**<br>**13443 Highway 87E**<br>**Adkins, TX 78101** | | DATE INCURRED:  **Aug. 2010**<br>CONSIDERATION:<br>**Note for property damage**<br>REMARKS: | | | | $6,665.40 |
| ACCT #:<br>**Kathryn Rita Hurst**<br>**13443 Highway 87E**<br>**Adkins, TX 78101** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx3382**<br>**Kelly S Ellis**<br>**1976 Twin Cedars Rd**<br>**Chickamauga, GA 30707** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |

Sheet no. ___**28**___ of ___**50**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$6,670.40**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**                                                    Case No.   **11-50069-lmc**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx0898**<br>**Kem Erick Burress**<br>**225 Maple Drive**<br>**Ferdinand, IN 47532** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9112**<br>**Kenric R Flynn**<br>**288 Bloomsbury Ave, Apt C 10**<br>**Baltimore, MD 21228** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9374**<br>**L D Hunter Tr**<br>**LD Hunter Trste**<br>**P.O. Box 234**<br>**Beeville, TX 78104** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7213**<br>**Lady G Perron Sparks**<br>**2602 Oakdale CT**<br>**Austin, TX 78703** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx8883**<br>**Laurie Lambert**<br>**565 Parkway Ave**<br>**Pratt, KS 67124** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Lee Keeling & Associates**<br>**15 E. 5th St., #3500**<br>**Tulsa, OK  74103** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**Agreed to waive fees** | | | | **$32,205.51** |

Sheet no. ____**29**____ of ____**50**____ continuation sheets attached to                            Subtotal >    **$32,210.51**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**                                    Case No.    **11-50069-lmc**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9912**<br>**Lena Allen Taylor Trust**<br>**Sue Frazior Vizuete Succ Ttee**<br>**4625 Bethlehem**<br>**Corpus Christi, TX 78413** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3168**<br>**Leo F Perron Jr**<br>**C/O Perron & Company**<br>**3707 N St Mary's St. #201**<br>**San Antonio, TX 78212** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9348**<br>**Leroy Micheli Life Est**<br>**622 Purple Sage Dr.**<br>**Seguin, TX 78155** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9117**<br>**Letitia W Sellers**<br>**A/I/F Jeff Porter Sellers**<br>**4001 N New Braunfels # 1612**<br>**San Antonio, TX 78209** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9089**<br>**Lloyd E Saunders**<br>**419 E Trinity**<br>**Pearsall, TX 78061** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **x5688**<br>**Lois Goldsmith Oppenheimer**<br>**200 Patterson, Apt 612**<br>**San Antonio, TX 78209** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. _____**30**_____ of _____**50**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$6.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                                          Case No.   **11-50069-lmc**
                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx5691**<br>**Loomis Investments**<br>**C/O Trust Division**<br>**P.O. Box 3188**<br>**Longview, TX 75606** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9264**<br>**Louis A Hamilton**<br>**1015 Orange Walk Dr**<br>**Brandon, FL 33511** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9138**<br>**Lowell F Smith**<br>**Rt 17 Box 1100**<br>**Bedford, IN 47421** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9108**<br>**Lucille Thompson Boone**<br>**1312 Kollman Dr.**<br>**Hondo, TX 78861** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9356**<br>**Lunelle M Heiman TR**<br>**Lunelle M Heiman Trustee**<br>**10103 Rafter S Trail**<br>**Helotes, TX 78023** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9294**<br>**M A Caruso Jr**<br>**R 2 Box 31A**<br>**Mountain View, OK 73062** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**31**____ of ____**50**____ continuation sheets attached to                              Subtotal >      **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                    (Use only on last page of the completed Schedule F.)
                        (Report also on Summary of Schedules and, if applicable, on the
                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                                      Case No.   **11-50069-lmc**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9301**<br>**Marcella Roberts**<br>**P.O. Box F**<br>**Pearsall, TX 78061** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7457**<br>**Marcelo G Gallegos Jr**<br>**207 Tesla Dr**<br>**San Antonio, TX 78228** | | DATE INCURRED:<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx0912**<br>**Marcia S Schoolfield Spellman**<br>**C/O 2M Mineral Management Serv**<br>**P.O. Box 1088**<br>**Converse, TX 78109** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx1694**<br>**Marcial Sorrell III**<br>**Route 1 Box 35**<br>**Wharton, TX 77488** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9370**<br>**Marian B Oppenheimer L/T**<br>**U/W/O Jesse D Oppenheimer**<br>**P.O. Box 960**<br>**San Antonio, TX 78294** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9966**<br>**Maripa Ltd**<br>**4625 Greenville Ave, STE 306**<br>**Dallas, TX 75206** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**32**____ of ____**50**____ continuation sheets attached to                                          Subtotal >                       **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Z-2, LLC**                                              Case No.  **11-50069-lmc**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx3191**<br>**Martha Jane Clowe**<br>**3521 Northridge**<br>**Waco, TX 76710** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7701**<br>**Martha P Kenyon**<br>**P.O. Box 1103**<br>**Fulshear, TX 77441** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9147**<br>**Mary Alice Witherspoon**<br>**3270 S Foster Rd**<br>**San Antonio, TX 78222** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Mary Alice Witherspoon**<br>**3270 Foster Road**<br>**San Antonio, TX  78263** | | DATE INCURRED:  **Aug. 2010**<br>CONSIDERATION:<br>**Note for property damage**<br>REMARKS: | | | | **$6,665.40** |
| ACCT #:  **xx3588**<br>**Mary Ann Goldsmith**<br>**ACH Payment**<br>**P.O. Box 2952**<br>**Port Arkansas, TX 78373** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx2774**<br>**Mary Ann Morey**<br>**1812 Olde N Pl**<br>**Edmond, OK 73034** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**33**____ of ____**50**____ continuation sheets attached to                    Subtotal >     **$6,670.40**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                               **(Use only on last page of the completed Schedule F.)**
                               **(Report also on Summary of Schedules and, if applicable, on the**
                               **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**                                          Case No.    **11-50069-lmc**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx0894**<br>**Mary Ann Pye Trustee**<br>**Sarah Faye Rankin Test Trust**<br>**591 FM 2200 W**<br>**Devine, TX 78016** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx6072**<br>**Mary Ann Roche**<br>**P.O. Box 36**<br>**Bigfoot, TX 78005** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9312**<br>**Mary Harwood Brewer**<br>**2225 FM 467**<br>**Seguin, TX 78155** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9284**<br>**Mary Jo Bell Neill**<br>**1461 Mimosa St**<br>**Abilene, TX 79600** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx2249**<br>**Mary McCoy**<br>**329 E Emerson Ave, Apt D**<br>**Fairborn, OH 45324** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9300**<br>**Mary Russo McAfee**<br>**120 25th Avenue**<br>**San Francisco, CA 94121** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ___**34**___ of ___**50**___ continuation sheets attached to          Subtotal >          **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**                                    Case No.   **11-50069-lmc**
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9300**<br>**Mary Russo McAfee**<br>**120 25th Avenue**<br>**San Francisco, CA 94121** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9388**<br>**Mattie Rosenauer Estate**<br>**Alice Crain / Eddie Nixon Co Ex**<br>**P.O. Box 1073**<br>**Pearsall, TX 78061** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Maverick Energy Group**<br>**406 S. Boulder Ste 708**<br>**Tulsa OK  74103** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$469,787.00** |
| ACCT #:  **xx9096**<br>**Maxine Thompson Bradford**<br>**9111 Rustown**<br>**Dallas, TX 75228** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9325**<br>**Melody A White Johnson**<br>**6171 E NW Hwy #1320**<br>**Dallas, TX 75231** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9146**<br>**Michael A Larkin**<br>**1965 CR761**<br>**Devine, TX 78016** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**35**____ of ____**50**____ continuation sheets attached to        Subtotal >        **$469,792.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >
                                                    (Use only on last page of the completed Schedule F.)
                                                    (Report also on Summary of Schedules and, if applicable, on the
                                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Z-2, LLC**

Case No. **11-50069-lmc**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Michael Bordovsky** <br> **914 Prairie Meadow** <br> **San Antonio, TX 78258** | | DATE INCURRED: **Aug. 2010** <br> CONSIDERATION: <br> **Note for property damage** <br> REMARKS: | | | | **$6,665.40** |
| ACCT #: **xx3383** <br> **Michael S Shelton** <br> **4813 Nevilly Way** <br> **Marietta, GA 30066** | | DATE INCURRED: **Various** <br> CONSIDERATION: <br> **Royalty Owner** <br> REMARKS: | | | | **$1.00** |
| ACCT #: **xx7762** <br> **Michael T Darsey** <br> **5025 Riverway #16** <br> **Houston, TX 77056** | | DATE INCURRED: **Various** <br> CONSIDERATION: <br> **Royalty Owner** <br> REMARKS: | | | | **$1.00** |
| ACCT #: **xx6999** <br> **Mobil Producing Texas & New Mexico Inc** <br> **P. O. Box 951027** <br> **Dallas, TX 75395** | | DATE INCURRED: **Various** <br> CONSIDERATION: <br> **Royalty Owner** <br> REMARKS: | | | | **$1.00** |
| ACCT #: **xx0097** <br> **Morey Family LLC** <br> **P.O. Box 1294** <br> **Edmond, OK 73083** | | DATE INCURRED: **Various** <br> CONSIDERATION: <br> **Royalty Owner** <br> REMARKS: | | | | **$1.00** |
| ACCT #: **xx0393** <br> **Morton Shefts Family Trust** <br> **Joyce Gurwitz Shefts Trustee** <br> **160 River Shadows** <br> **McQueeney, TX 78123** | | DATE INCURRED: **Various** <br> CONSIDERATION: <br> **Royalty Owner** <br> REMARKS: | | | | **$1.00** |

Sheet no. ____**36**____ of ____**50**____ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$6,670.40**

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**                                           Case No.   **11-50069-lmc**
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx3403**<br>**Mrs P A Helms Jr**<br>**211 Fieldstone**<br>**Victoria, TX 77901** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9272**<br>**Nancy Blanchard Hill**<br>**210 W Court St**<br>**Seguin, TX 48155** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9094**<br>**Nancy Corley Wehrung**<br>**21735 Highway 46 West**<br>**Spring Beach, TX 78070** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9519**<br>**Nick McFadin**<br>**1250 NE Loop 410, STE 400**<br>**San Antonio, TX 78209** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9519**<br>**Nicke McFadin**<br>**1250 NE Loop 410, STE 400**<br>**San Antonio, TX 78209** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3405**<br>**Ola Thompson Helms**<br>**2804 College**<br>**Victoria, TX 77901** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**37**____ of ____**50**____ continuation sheets attached to                    Subtotal >            **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**

Case No.   **11-50069-lmc**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9151**<br>**Ozella Saunders**<br>**P.O. Box 154**<br>**Natalia, TX 78059** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9106**<br>**Paggy Dean Adolphson**<br>**12420 Owls Nest Court**<br>**Jacksonville, FL 32225** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Parkman Whaling, LLC**<br>**600 Travis St., #600**<br>**Houston, TX  77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | **$40,577.61** |
| ACCT #:  **xx9097**<br>**Particia C Dalberg**<br>**39 Pinery Ridge Pl**<br>**The Woodlands, TX 77382** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9567**<br>**Patricia Lay Marion**<br>**706 Barron Ave**<br>**Palo Alto, CA 94306** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9120**<br>**Patricia Pitman**<br>**5305 Perry Rd**<br>**Martinsville, IN 46151** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**38**____ of ____**50**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$40,582.61**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                                                  Case No.   **11-50069-lmc**
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Patrick G. Bordovsky**<br>**914 Prairie Meadow**<br>**San Antonio, TX  78258** | | DATE INCURRED:  **Aug. 2010**<br>CONSIDERATION:<br>**Note for property damage**<br>REMARKS: | | | | **$6,665.40** |
| ACCT #:  **xx9287**<br>**Patsy Bell Tidwell**<br>**4507 N Jackson**<br>**Odessa, TX 79762** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9322**<br>**Paulina Heffner Cooper**<br>**2401 Cone Flower Trl**<br>**Chattanooga, TN 37421** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **x2199**<br>**Peggy G Rice**<br>**4912 Post Oak Timber**<br>**Houston, TX 77056** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx8790**<br>**Peggy Geiselman Rice Trust**<br>**Peggy Geiselman Rice Trustee**<br>**4912 Post Oak Timber**<br>**Houston, TX 77056** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9142**<br>**Peggy Jean Brock**<br>**3400 West Crown Pte Blvd #202**<br>**Naples, FL 34112** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. _____**39**_____ of _____**50**_____ continuation sheets attached to                                    Subtotal >     **$6,670.40**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**

Case No.   **11-50069-lmc**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xx3170**<br>**Penelope P Shephard**<br>**C/O Broadway National Bank Trust Departm**<br>**P.O. Box 17001**<br>**San Antonio, TX 78217** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx6153**<br>**Philip Hart Shook**<br>**8 Nassau Road**<br>**Larchmont, NY 10538** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9510**<br>**Quarter Circle Z Corporation**<br>**C/O Steven A Finley CPA**<br>**P.O. Box 430**<br>**Milton, WA 98354** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9276**<br>**Randolph Holland**<br>**710 Winding Brook Road**<br>**Monroe, NC 28112** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx7452**<br>**Raymond Gallegos**<br>**246 Rosemont Dr**<br>**San Antonio, TX 78228** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9734**<br>**Rev Daniel J Scheller**<br>**10515 Dayton Ave N**<br>**Seattle, WA 98133** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |

Sheet no. ____**40**____ of ____**50**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$6.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                                    Case No.   **11-50069-lmc**
                                                                                    (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9327**<br>**Richard D Henderson**<br>**1105 Cimarron CT**<br>**San Marcos, TX 78666** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7454**<br>**Robert G Gallegos**<br>**246 W Jewell St**<br>**San Antonio, TX 78226** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9125**<br>**Robert H Scheller**<br>**13349 E 50th St**<br>**Yuma, AZ 85367** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS:<br>**107** | | | | **$1.00** |
| ACCT #:  **xx9109**<br>**Robert J Carter Sr**<br>**Box 967**<br>**Luling, TX 78648** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx6104**<br>**Robert M Schoolfield**<br>**C/O 2M Mineral Management Serv**<br>**P.O. Box 1088**<br>**Converse, TX 78109** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9167**<br>**Robert T Halpin**<br>**4625 Greenville Ave, STE 306**<br>**Dallas, TX 75206** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**41**____ of ____**50**____ continuation sheets attached to          Subtotal >          **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                            **(Use only on last page of the completed Schedule F.)**
                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Z-2, LLC**

Case No.  **11-50069-lmc**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9121**<br>**Robert Webb Sellers**<br>**P.O. Box 277**<br>**Runge, TX 78151** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9749**<br>**Roberta Ann Tinsley**<br>**400 NW 40th Street**<br>**Oklahoma City, OK 73118** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx0401**<br>**Roberta Nowlin**<br>**319 Cardinal Drive**<br>**Devine, TX 78016** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9223**<br>**Roy Freses Smith**<br>**19A Smiser-Smith Road**<br>**Boerne, TX 78006** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3793**<br>**Royalty Clearinghouse Ltd**<br>**401 Congress Avenue, STE 1510**<br>**Austin, TX 78701** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9289**<br>**Rupert Holland**<br>**P.O. Box 3411**<br>**San Angelo, TX 76902** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ___**42**___ of ___**50**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          **$6.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Z-2, LLC**                                                      Case No.  **11-50069-lmc**
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx4480**<br>**Salvation Army**<br>**San Antonio Chapter**<br>**P.O. Box 12568**<br>**San Antonio, TX 78212** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9140**<br>**Sandra McIntire Waskovich**<br>**5015 Montclair Dr NW**<br>**Cedar Rapids, IA 52405** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9269**<br>**Sara W Wallace**<br>**266 St Matthews Dr**<br>**Mocksville, NC 27028** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx1760**<br>**Sarah L Bain**<br>**P.O. Box 849**<br>**Stockdale, TX 78160** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9298**<br>**Sarah S Ferrell**<br>**530 Broadway**<br>**Thermopolis, WY 82443** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |
| ACCT #:  **xx9326**<br>**Scott C Henderson**<br>**2310 Crestline**<br>**Abilene, TX 79602** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | $1.00 |

Sheet no. ___**43**___ of ___**50**___ continuation sheets attached to                          Subtotal >          $6.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                                  **(Use only on last page of the completed Schedule F.)**
                                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                           Case No.   **11-50069-lmc**
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx0838**<br>**Scout Royalty Corp**<br>**P.O. Box 1348**<br>**Edmond, OK 73083** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3169**<br>**Seawillow Gay P Kelley**<br>**401 Sagecrest**<br>**San Antonio, TX 78232** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9350**<br>**Sharon Champy Life Estate**<br>**1705 Lebanon Church Rd**<br>**Paducah, KY 42003** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx2251**<br>**Sharon Elliott**<br>**5624 Fisher Drive**<br>**Huber Heights, OH 45424** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3086**<br>**Simmons-Davis Family LP**<br>**C/O Lisa D Lagroue**<br>**11771 Bent Oaks St**<br>**Parker, CO 80138** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx7855**<br>**Stacy Miller Johnson**<br>**62 Bohnert Lane**<br>**Fredericksburg, TX 78624** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**44**____ of ____**50**____ continuation sheets attached to                 Subtotal >                       **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Z-2, LLC**                                                        Case No.   **11-50069-lmc**
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9842**<br>**Stephen H Simpson III**<br>**239 Yosemite**<br>**San Antonio, TX 78232** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9122**<br>**Stephen Pierce Terrell**<br>**29327 Summit Ridge Dr.**<br>**Fair Oaks Ranch, TX 78015** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx8360**<br>**Stuart G Sharrock**<br>**C/O Maverick Energy**<br>**P.O. Box 14018**<br>**Tulsa, OK 74159** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9522**<br>**Tackitt Ranch Limited Partnership**<br>**C/O Patty Holmes Tackitt-Ray**<br>**1644 FM 2505**<br>**Floresville, TX 78114** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx4085**<br>**Tammy Lyn McCullough**<br>**1911 Hidden Trail**<br>**Lewisville, TX 75067** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3411**<br>**Teresa Ann Thompson_Bingham**<br>**545 N High**<br>**Uvalde, TX 78801** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**45**____ of ____**50**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                     **$6.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Z-2, LLC**

Case No.  **11-50069-lmc**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9288**<br>**Teresa Marie Plumer**<br>**1908 Clover Way**<br>**Escondido, CA 92026** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx3409**<br>**Terry Don Thompson**<br>**2054 Lima Loop**<br>**Laredo, TX 78045** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9306**<br>**Terry L Ronshausen**<br>**531 Indigo Run**<br>**Bulverde, TX 78163** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9313**<br>**Tesona and James M Ratliff Jr**<br>**22 Trail Ridge**<br>**Kerrville, TX 78028** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9969**<br>**The Morey Family LP**<br>**P.O. Box 1294**<br>**Edmond, OK 73083** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9334**<br>**The Salvation Army**<br>**Major Howard Bratcher Cmdr**<br>**521 West Elmira**<br>**San Antonio, TX 78212** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ___46___ of ___50___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$6.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Z-2, LLC**

Case No.  **11-50069-lmc**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9732**<br>**Theodore Floy Maynord**<br>**31 West Oakwood St**<br>**Tarpon Springs, FL 34689** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9126**<br>**Theodore W Scheller**<br>**20259 Haystack Rd**<br>**Sonora, CA 95370** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9249**<br>**Theresa M Kundysek**<br>**P.O. Box 201145**<br>**Arlington, TX 76006** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9275**<br>**Thomas Henry Holman**<br>**212 Canada Verde St**<br>**San Antonio, TX 78232** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9310**<br>**Thomas Yates**<br>**P.O. Box 791910**<br>**San Antonio, TX 78279** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9124**<br>**Timothy Stclair Runyan**<br>**5963 Countess Dr**<br>**San Jose, CA 95129** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____47____ of ____50____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$6.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**                          Case No.    **11-50069-lmc**

                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xx3410**<br>**Tommy Chris Thompson**<br>**P.O. Box 1615**<br>**Castroville, TX 78009** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx8965**<br>**Topsy Jean Glantz**<br>**3680 Yorba Linda Dr**<br>**Las Vegas, NV 89122** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx9480**<br>**Travis W Bain II**<br>**4016 W Plano Pkwy, Ste 100**<br>**Plano, TX 75093** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx9092**<br>**Veda B Teich**<br>**P.O. Box 26171**<br>**Austin, TX 78755** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx3401**<br>**Verna Thompson Wilson**<br>**197 Couser St**<br>**Charlotte, TX 78011** | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Vinson & Elkins**<br>**Box 200113**<br>**Houston, TX 77216-0113** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | X | **$26,923.28** |

Sheet no. ___**48**___ of ___**50**___ continuation sheets attached to          Subtotal >    **$26,928.28**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Z-2, LLC**                                         Case No.   **11-50069-lmc**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9318**<br>**Vinson V Devilbiss**<br>**1111 11th St**<br>**Huntington, WV 25704** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **x2911**<br>**W A Alexander Jr.**<br>**1413 N 53rd St**<br>**Broken Arrow, OK 74014** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9750**<br>**W H Tinsley Jr**<br>**P.O. Box 9058**<br>**Rocky Mount, NC 27804** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9273**<br>**Wanda June Ehlinger**<br>**206 N Washington Dr**<br>**Devine, TX 78016** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx9139**<br>**Warren L Smith**<br>**308 Forestview Dr**<br>**Bedford, IN 47421** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx2250**<br>**Warren Reynolds**<br>**518 Mt. Crest CT**<br>**Dayton, OH 45403** | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |

Sheet no. ____**49**____ of ____**50**____ continuation sheets attached to          Subtotal >          **$6.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Z-2, LLC**

Case No. **11-50069-lmc**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx1925**<br>**William Hinders**<br>**350 CR 348**<br>**Jourdanton, TX 78026** | | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx9115**<br>**William Neal Lehrer**<br>**P.O. Box 428**<br>**Garwood, TX 77442** | | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #: **xx3414**<br>**Z2, LLC**<br>**C/O Gasrock Capital LLC - Wire Transfer**<br>**P.O. Box 14018**<br>**Tulsa, OK 74159** | | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Royalty Owner**<br>REMARKS: | | | | **$1.00** |
| ACCT #:<br>**Zeus LLC**<br>**610 NE Jensen Beach Blvd.**<br>**Jensen Beach FL 34957** | | | DATE INCURRED: **Various**<br>CONSIDERATION:<br>**Goods and services**<br>REMARKS: | | | | **$254,968.00** |
| | | | | | | | |
| | | | | | | | |

Sheet no. **50** of **50** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$254,971.00**

Total > **$2,343,604.25**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **Z-2, LLC**

Case No.   **11-50069-lmc**
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Business & Financial Consultants, LLC**<br>406 S. Boulder, Ste 708<br>Tulsa OK  74103 | Accounting Services<br>Contract to be ASSUMED |
| **Diamond Energy Services, LP**<br>406 S. Boulder, Ste 708<br>Tulsa OK 74103 | Field Services<br>Contract to be ASSUMED |
| **Maverick Energy Group, Ltd.**<br>406 S. Boulder, Ste 708<br>Tulsa OK  74103 | Operating Agreement<br>Contract to be ASSUMED |
| **Shell Trading (US) Company**<br>PO Box 4604<br>Houston TX  77210 | ISDA Agreement<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Z-2, LLC**                                                    Case No.  **11-50069-lmc**
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re **Z-2, LLC**

Case No.     **11-50069-lmc**

Chapter     **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $105,000,000.00 | | |
| B - Personal Property | Yes | 5 | $1,660,770.24 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $69,012,040.88 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 51 | | $2,343,604.25 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 66 | $106,660,770.24 | $71,355,645.13 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Z-2, LLC**                                                            Case No.  **11-50069-lmc**
                                                                                           (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____**CFO**_____ of the _____**LLC**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**68**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **1/27/2011**_____          Signature __**/s/ Richard J. Bednar**_____

                                                      ***Richard J. Bednar***
                                                      ***CFO***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

## Western District of Texas

In re: Z2, LLC _____,    Case No. 11-50069-lmc _____
           Debtor                                           (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                      SOURCE

                    See Attached

| | | |
|---|---|---|
| January 1 – December 31, 2010 | $5,719,064 | Sales of extracted oil & gas |
| January 1 – December 31, 2009 | $5,877,000 | Sales of extracted oil & gas |
| January 1 – December 31, 2008 | $11,677,000 | Sales of extracted oil & gas |

2

**2.   Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business other than from the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                SOURCE

---

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached | | | |

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Z2, LLC
Payments Made Within 90 Days of Filing
ITEM 3 B

| | Date | Name | |
|---|---|---|---|
| 1025 · Cash - Bank of Oklahoma | 10/7/2010 | WT to MEG | 10,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/8/2010 | WT to MEG | 10,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/12/2010 | WT to MEG | 5,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/14/2010 | WT to MEG | 5,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/15/2010 | WT to MEG | 21,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/18/2010 | WT to MEG | 9,500.00 |
| 1025 · Cash - Bank of Oklahoma | 10/20/2010 | WT to MEG | 25,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/21/2010 | WT to MEG | 150,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/22/2010 | John Bordovsky | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 10/22/2010 | Kathryn Hurst | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 10/22/2010 | MichaelBordovsky | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 10/22/2010 | Mary Alice Witherspoon | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 10/22/2010 | Patrick Bordovsky | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 10/22/2010 | WT to MEG | 100,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/27/2010 | Business & Financial Consultants | 25,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/27/2010 | WT to MEG | 25,000.00 |
| 1050 · Cash - Arvest Bank | 10/28/2010 | BCS Capital Services | 992.52 |
| 1025 · Cash - Bank of Oklahoma | 10/29/2010 | WT to MEG | 15,000.00 |
| 1025 · Cash - Bank of Oklahoma | 11/2/2010 | WT to MEG | 10,000.00 |
| 1025 · Cash - Bank of Oklahoma | 11/5/2010 | Lee Keeling & Associates | 5,000.00 |
| 1025 · Cash - Bank of Oklahoma | 11/12/2010 | WT to MEG | 6,000.00 |
| 1000 · Cash - Texas Capital Bank | 11/18/2010 | WT to MEG | 3,500.00 |
| 1025 · Cash - Bank of Oklahoma | 11/22/2010 | Langley & Banack | 6,987.50 |
| 1025 · Cash - Bank of Oklahoma | 11/22/2010 | WT to MEG | 200,000.00 |
| 1025 · Cash - Bank of Oklahoma | 11/22/2010 | John Bordovsky | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 11/22/2010 | Kathryn Hurst | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 11/22/2010 | MichaelBordovsky | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 11/22/2010 | Mary Alice Witherspoon | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 11/22/2010 | Patrick Bordovsky | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 11/23/2010 | Business & Financial Consultants | 34,147.50 |
| 1025 · Cash - Bank of Oklahoma | 11/23/2010 | WT to MEG | 1,000.00 |
| 1025 · Cash - Bank of Oklahoma | 11/23/2010 | WT to MEG | 100,000.00 |
| 1025 · Cash - Bank of Oklahoma | 11/24/2010 | WT to MEG | 5,000.00 |
| 1025 · Cash - Bank of Oklahoma | 12/1/2010 | WT to MEG | 44,000.00 |
| 1050 · Cash - Arvest Bank | 12/2/2010 | BCS Capital Services | 484.93 |
| 1025 · Cash - Bank of Oklahoma | 12/20/2010 | Langley & Banack | 1,527.50 |
| 1025 · Cash - Bank of Oklahoma | 12/20/2010 | WT to MEG | 20,000.00 |
| 1025 · Cash - Bank of Oklahoma | 12/21/2010 | Business & Financial Consultants | 36,573.00 |
| 1025 · Cash - Bank of Oklahoma | 12/21/2010 | Lee Keeling & Associates | 5,000.00 |
| 1025 · Cash - Bank of Oklahoma | 12/22/2010 | WT to MEG | 200,000.00 |
| 1025 · Cash - Bank of Oklahoma | 12/22/2010 | WT to MEG | 50,000.00 |
| 1025 · Cash - Bank of Oklahoma | 12/23/2010 | WT to MEG | 50,000.00 |
| 1025 · Cash - Bank of Oklahoma | 12/23/2010 | John Bordovsky | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 12/23/2010 | Kathryn Hurst | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 12/23/2010 | MichaelBordovsky | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 12/23/2010 | Mary Alice Witherspoon | 624.28 |
| 1025 · Cash - Bank of Oklahoma | 12/23/2010 | Patrick Bordovsky | 624.28 |
| 1050 · Cash - Arvest Bank | 12/29/2010 | BCS Capital Services | 407.92 |
| 1025 · Cash - Bank of Oklahoma | 1/3/2011 | WT to Business & Financial Consultants | 13,270.00 |
| 1025 · Cash - Bank of Oklahoma | 1/3/2011 | WT to Langley & Banack | 15,000.00 |
| 1025 · Cash - Bank of Oklahoma | 1/3/2011 | WT to MEG | 3,300.00 |

3

None

☐  c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See "B" through 01/03/11 | | | |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None

☐  a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| See "A" | Lack of royalty payments Land damages | District Court Frio County, TX | Agreed to settlement |

None

☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None

☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

*Item 4 D*

# REPORT TO

### Lloyd A Muennink



re:  **Cause No. 09-08-00289CVF;** *John S. Bordovksy, III, Kathryn R. Hurst, Mary Alice Witherspoon, Michael Bordovsky, John J. Bordovsky, II and Kathryn R Hurst as Trusteed of the 1995 Patrick G Bordovsky Trust, and Bordovsky Land Management, L.L.C vs Maverick Energy Group LTD, and Z2, L.L.C.;* **District Court Frio County, Texas**

### July 15, 2010

Business & Financial Consultants, LLC

ITEM 3 C

| | Date | Name | Amt | Amount |
|---|---|---|---|---|
| 1030 · Cash - Spirit Bank | 01/04/2010 | Business & Financial Consultants | | 24,458.50 |
| 1040 · Cash - Spirit Bank Money Market | 01/04/2010 | WT to MEG | | 90,000.00 |
| 1030 · Cash - Spirit Bank | 01/07/2010 | Business & Financial Consultants | | 10,000.00 |
| 1030 · Cash - Spirit | 1/7/2010 | Jean Walpole Coulter & Associates | | 1,250.00 |
| 1040 · Cash - Spirit Bank Money Market | 01/08/2010 | WT to MEG | | 25,000.00 |
| 1000 · Cash - Texas Capital Bank | 01/15/2010 | WT to MEG | | 35,000.00 |
| 1030 · Cash - Spirit Bank | 01/21/2010 | Business & Financial Consultants | | 39,710.00 |
| 1000 · Cash - Texas Capital Bank | 01/21/2010 | WT to MEG | | 90,000.00 |
| 1050 · Cash - Arvest Bank | 01/22/2010 | BCS Capital Services | | 416.15 |
| 1040 · Cash - Spirit Bank Money Market | 01/26/2010 | WT to MEG | | 115,000.00 |
| 1040 · Cash - Spirit Bank Money Market | 01/28/2010 | WT to MEG | | 25,000.00 |
| 1040 · Cash - Spirit Bank Money Market | 02/01/2010 | WT to Big Foot DP | | 5,500.00 |
| 1040 · Cash - Spirit Bank Money Market | 02/02/2010 | WT to MEG | | 110,000.00 |
| 1040 · Cash - Spirit Bank Money Market | 02/02/2010 | WT to MEG | | 11,000.00 |
| 1040 · Cash - Spirit Bank Money Market | 02/04/2010 | WT to MEG | | 20,000.00 |
| 1000 · Cash - Texas Capital Bank | 02/05/2010 | WT to MEG | | 21,000.00 |
| 1000 · Cash - Texas Capital Bank | 02/19/2010 | WT to MEG | | 70,000.00 |
| 1050 · Cash - Arvest Bank | 02/22/2010 | Big Foot 2004-1, LP | | 200.00 |
| 1030 · Cash - Spirit Bank | 02/22/2010 | Business & Financial Consultants | | 25,300.00 |
| 1040 · Cash - Spirit Bank Money Market | 02/25/2010 | WT to MEG | | 100,000.00 |
| 1040 · Cash - Spirit Bank Money Market | 02/26/2010 | WT to MEG | | 50,000.00 |
| 1030 · Cash - Spirit Bank | 03/01/2010 | BCS Capital Services | | 427.36 |
| 1000 · Cash - Texas Capital Bank | 03/01/2010 | WT to MEG | | 21,000.00 |
| 1040 · Cash - Spirit Bank Money Market | 03/02/2010 | WT to MEG | | 75,000.00 |
| 1040 · Cash - Spirit Bank Money Market | 03/03/2010 | WT to MEG | | 25,000.00 |
| 1040 · Cash - Spirit Bank Money Market | 03/04/2010 | WT to MEG | | 25,000.00 |
| 1025 · Cash - Bank of Oklahoma | 03/22/2010 | Business & Financial Consultants | | 5,000.00 |
| 1025 · Cash - Bank of Oklahoma | 03/22/2010 | Business & Financial Consultants | | 10,000.00 |
| 1025 · Cash - Bank of Oklahoma | 03/22/2010 | Business & Financial Consultants | | 25,702.50 |
| 1025 · Cash - Bank of Oklahoma | 03/24/2010 | WT to MEG | | 150,000.00 |
| 1050 · Cash - Arvest Bank | 03/29/2010 | BCS Capital Services | | 835.74 |
| 1000 · Cash - Texas Capital Bank | 03/31/2010 | WT to MEG | | 16,000.00 |
| 1025 · Cash - Bank of Oklahoma | 04/01/2010 | WT to MEG | | 50,000.00 |
| 1025 · Cash - Bank of Oklahoma | 04/02/2010 | WT to MEG | | 25,000.00 |
| 1000 · Cash - Texas Capital Bank | 04/07/2010 | WT to MEG | | 4,500.00 |
| 1025 · Cash - Bank of Oklahoma | 04/07/2010 | WT to MEG | | 20,000.00 |
| 1025 · Cash - Bank of Oklahoma | 04/07/2010 | WT to MEG | | 10,000.00 |
| 1025 · Cash - Bank of Oklahoma | 04/15/2010 | WT to MEG | | 14,000.00 |
| 1000 · Cash - Texas Capital Bank | 04/20/2010 | WT to MEG | | 50,000.00 |
| 1000 · Cash - Texas Capital Bank | 04/27/2010 | WT to MEG | | 52,000.00 |
| 1025 · Cash - Bank of Oklahoma | 04/27/2010 | WT to MEG | | 125,000.00 |
| 1050 · Cash - Arvest Bank | 04/28/2010 | BCS Capital Services | | 751.22 |
| 1025 · Cash - Bank of Oklahoma | 04/30/2010 | WT to MEG | | 25,000.00 |
| 1025 · Cash - Bank of Oklahoma | 05/04/2010 | WT to MEG | | 75,000.00 |
| 1000 · Cash - Texas Capital Bank | 05/06/2010 | WT to MEG | | 17,000.00 |
| 1025 · Cash - Bank of Oklahoma | 05/07/2010 | Business & Financial Consultants | | 6,000.00 |
| 1025 · Cash - Bank of Oklahoma | 05/07/2010 | Business & Financial Consultants | | 4,000.00 |
| 1050 · Cash - Arvest Bank | 05/20/2010 | WT to MEG | | 12,500.00 |
| 1000 · Cash - Texas Capital Bank | 05/21/2010 | Business & Financial Consultants | | 50,422.50 |
| 1025 · Cash - Bank of Oklahoma | 05/21/2010 | WT to MEG | | 100,000.00 |
| 1000 · Cash - Texas Capital Bank | 05/21/2010 | WT to MEG | | 125,000.00 |
| 1025 · Cash - Bank of Oklahoma | 05/26/2010 | WT to MEG | | 65,000.00 |
| 1025 · Cash - Bank of Oklahoma | 05/27/2010 | BCS Capital Services | | 567.90 |
| 1050 · Cash - Arvest Bank | 05/27/2010 | Business & Financial Consultants | | 1,537.20 |
| 1025 · Cash - Bank of Oklahoma | 06/01/2010 | WT to MEG | | 55,000.00 |
| 1025 · Cash - Bank of Oklahoma | 06/02/2010 | WT to MEG | | 40,000.00 |
| 1025 · Cash - Bank of Oklahoma | 06/03/2010 | WT to MEG | | 15,000.00 |
| 1000 · Cash - Texas Capital Bank | 06/10/2010 | WT to MEG | | 4,000.00 |
| 1025 · Cash - Bank of Oklahoma | 06/14/2010 | WT to MEG | | 8,000.00 |
| 1000 · Cash - Texas Capital Bank | 06/21/2010 | WT to MEG | | 125,000.00 |
| 1025 · Cash - Bank of Oklahoma | 06/22/2010 | Business & Financial Consultants | | 56,150.00 |
| 1025 · Cash - Bank of Oklahoma | 06/23/2010 | WT to MEG | | 100,000.00 |
| 1050 · Cash - Arvest Bank | 06/24/2010 | BCS Capital Services | | 523.29 |
| 1025 · Cash - Bank of Oklahoma | 06/28/2010 | WT to MEG | | 130,000.00 |
| 1025 · Cash - Bank of Oklahoma | 07/06/2010 | WT to MEG | | 40,000.00 |
| 1000 · Cash - Texas Capital Bank | 07/08/2010 | WT to MEG | | 5,000.00 |

ITEM 3 C

| | Date | Name | Amt | Amount |
|---|---|---|---|---|
| 1025 · Cash - Bank of Oklahoma | 07/08/2010 | WT to MEG | | 4,500.00 |
| 1025 · Cash - Bank of Oklahoma | 07/20/2010 | Business & Financial Consultants | | 13,005.00 |
| 1025 · Cash - Bank of Oklahoma | 07/22/2010 | WT to MEG | | 75,000.00 |
| 1025 · Cash - Bank of Oklahoma | 07/26/2010 | Maverick Energy Group, Ltd. | | 100,000.00 |
| 1000 · Cash - Texas Capital Bank | 07/26/2010 | WT to MEG | | 27,000.00 |
| 1025 · Cash - Bank of Oklahoma | 07/27/2010 | WT to MEG | | 50,000.00 |
| 1050 · Cash - Arvest Bank | 07/30/2010 | BCS Capital Services | | 613.07 |
| 1025 · Cash - Bank of Oklahoma | 08/03/2010 | WT to MEG | | 50,000.00 |
| 1025 · Cash - Bank of Oklahoma | 08/05/2010 | WT to MEG | | 10,000.00 |
| 1000 · Cash - Texas Capital Bank | 08/09/2010 | WT to MEG | | 3,000.00 |
| 1025 · Cash - Bank of Oklahoma | 08/11/2010 | Maverick Energy Group, Ltd. | | 10,395.00 |
| 1025 · Cash - Bank of Oklahoma | 08/19/2010 | Maverick Energy Group, Ltd. | | 2,000.00 |
| 1050 · Cash - Arvest Bank | 08/19/2010 | Maverick Energy Group, Ltd. | | 1,000.00 |
| 1025 · Cash - Bank of Oklahoma | 08/24/2010 | Business & Financial Consultants | | 30,862.50 |
| 1000 · Cash - Texas Capital Bank | 08/24/2010 | WT to MEG | | 15,000.00 |
| 1025 · Cash - Bank of Oklahoma | 08/24/2010 | WT to MEG | | 50,000.00 |
| 1025 · Cash - Bank of Oklahoma | 08/24/2010 | WT to MEG | | 50,000.00 |
| 1025 · Cash - Bank of Oklahoma | 08/26/2010 | WT to MEG | | 100,000.00 |
| 1050 · Cash - Arvest Bank | 8/26/2010 | Jean Walpole Coulter & Associates | | 500.00 |
| 1025 · Cash - Bank of Oklahoma | 09/03/2010 | Business & Financial Consultants | | 26,920.00 |
| 1050 · Cash - Arvest Bank | 9/7/2010 | BCS Capital Services | | 729.95 |
| 1025 · Cash - Bank of Oklahoma | 9/9/2010 | WT to MEG | | 50,000.00 |
| 1000 · Cash - Texas Capital Bank | 9/15/2010 | WT to MEG | | 5,000.00 |
| 1050 · Cash - Arvest Bank | 9/23/2010 | BCS Capital Services | | 250.66 |
| 1025 · Cash - Bank of Oklahoma | 9/27/2010 | Business & Financial Consultants | | 31,901.25 |
| 1025 · Cash - Bank of Oklahoma | 9/30/2010 | WT to MEG | | 50,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/1/2010 | Maverick Energy Group, Ltd. | | 56,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/4/2010 | WT to MEG | | 10,000.00 |
| 1000 · Cash - Texas Capital Bank | 10/4/2010 | WT to MEG | | 6,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/7/2010 | WT to MEG | | 10,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/8/2010 | WT to MEG | | 10,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/12/2010 | WT to MEG | | 5,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/14/2010 | WT to MEG | | 5,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/15/2010 | WT to MEG | | 21,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/18/2010 | WT to MEG | | 9,500.00 |
| 1025 · Cash - Bank of Oklahoma | 10/20/2010 | WT to MEG | | 25,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/21/2010 | WT to MEG | | 150,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/22/2010 | Jean Walpole Coulter | | 5,274.00 |
| 1025 · Cash - Bank of Oklahoma | 10/22/2010 | WT to MEG | | 100,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/27/2010 | Business & Financial Consultants | | 25,000.00 |
| 1025 · Cash - Bank of Oklahoma | 10/27/2010 | WT to MEG | | 25,000.00 |
| 1050 · Cash - Arvest Bank | 10/28/2010 | BCS Capital Services | | 992.52 |
| 1025 · Cash - Bank of Oklahoma | 10/29/2010 | WT to MEG | | 15,000.00 |
| 1025 · Cash - Bank of Oklahoma | 11/2/2010 | WT to MEG | | 10,000.00 |
| 1025 · Cash - Bank of Oklahoma | 11/12/2010 | WT to MEG | | 6,000.00 |
| 1000 · Cash - Texas Capital Bank | 11/16/2010 | WT to MEG | | 3,500.00 |
| 1025 · Cash - Bank of Oklahoma | 11/22/2010 | WT to MEG | | 200,000.00 |
| 1025 · Cash - Bank of Oklahoma | 11/23/2010 | Business & Financial Consultants | | 34,147.50 |
| 1025 · Cash - Bank of Oklahoma | 11/23/2010 | WT to MEG | | 1,000.00 |
| 1025 · Cash - Bank of Oklahoma | 11/23/2010 | WT to MEG | | 100,000.00 |
| 1025 · Cash - Bank of Oklahoma | 11/24/2010 | WT to MEG | | 5,000.00 |
| 1025 · Cash - Bank of Oklahoma | 12/1/2010 | WT to MEG | | 44,000.00 |
| 1050 · Cash - Arvest Bank | 12/2/2010 | BCS Capital Services | | 464.93 |
| 1025 · Cash - Bank of Oklahoma | 12/20/2010 | WT to MEG | | 20,000.00 |
| 1025 · Cash - Bank of Oklahoma | 12/21/2010 | Business & Financial Consultants | | 36,573.00 |
| 1025 · Cash - Bank of Oklahoma | 12/22/2010 | WT to MEG | | 200,000.00 |
| 1025 · Cash - Bank of Oklahoma | 12/22/2010 | WT to MEG | | 50,000.00 |
| 1025 · Cash - Bank of Oklahoma | 12/23/2010 | WT to MEG | | 50,000.00 |
| 1050 · Cash - Arvest Bank | 12/29/2010 | BCS Capital Services | | 407.92 |
| 1025 · Cash - Bank of Oklahoma | 1/3/2011 | WT to Business & Financial Consultants | | 13,270.00 |
| 1025 · Cash - Bank of Oklahoma | 1/3/2011 | WT to MEG | | 3,300.00 |

4

### 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

### 9.  Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See attached

### 10.  Other transfers

None ☑  a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Gulfstream Business Bank Stuart, FL | -9200 $ -0- | 11/30/10 |

6

### 12. Safe deposit boxes

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Gas Royalties/Equip - see attached Oil Inventory - Royalty Owners | $9502 / $1,321,000 $46,005 | Tanks of Big Foot Field |

### 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Maverick Energy Group
406 S Boulder, Suite 708
Tulsa, OK 74103

**Fair Market
Asset Value**

| Yr & Make | Model | Vehicle ID | | |
|---|---|---|---|---|
| 2004 Ford | 1500 | 1FDWW37P54ED85301 | #107 | 12,000 |
| 2004 Ford | F350 | 1FDWW37P24ED53017 | #101 | 12,000 |
| 2006 Chevy | Silverado 2500 | 1GCHK24UX6E136220 | | 12,500 |
| 2006 Chevy | Silverado 2500 | 1GCHK24U96E291342 | | 12,500 |
| 2007 Chevy | 2500HD | 1GCHK23UX7F200723 | | 21,500 |
| 2007 Chevy | 3/4 Ton | 1GCHK24U77E168382 | | 14,000 |
| 2007 Chevy | 3/4 Ton | 1GCHK24U47E169540 | | 14,000 |
| 2007 Chevy | 3/4 Ton | 1GCHK24U67E170589 | | 14,000 |
| 2007 Chevy | 3/4 Ton | 1GCHK24U07E169485 | | 14,000 |
| 2006 Chevy | Avalanche | 3GNEK12Z06G181033 | | 17,500 |
| 2007 Chevy | Silverado 1500 4x4 | 1GCEK19J97Z580212 | | 18,000 |
| 2007 Chevy | 3500 4x4 | 1GCHK33U67F199849 | | 20,000 |
| 2004 Ford | F150 | 1FTRX14WX4FA23098 | | 13,500 |

Total Values for Asset Valuation                                    **$195,500**


Diamond Energy Services, LP
406 S Boulder, Suite 708
Tulsa, OK 74103

| | | | |
|---|---|---|---|
| 1969 Workover Rig | Wilson M#42 Skytop | | 405,000 |
| 1969 Workover Rig | Franks M#Mobile 300 | | 295,500 |
| Backhoe | Case M#580C | | 11,500 |
| 1991 Tractor/Brush Hog | SYNCR262 | | 7,000 |
| Power Swivel Trailer | 1463 | 13YFS2020NC038432 | 94,000 |
| Mud Pump Trailer | | P91TV61196 | 32,000 |
| Pipe/Tub Cleaning Trailer | TR-1001 | V65385 | 24,500 |
| 1978 Semi-Trailer | Flatbed | TR142769 | 5,000 |
| 1997 Gooseneck Trailer | Flatbed | OK971201804001 | 5,500 |
| Drill Trailer | | 13YFS3023VC065677 | 80,500 |
| Winch Truck/Semi Tractor | | 1GDT9F4K0BV556621 | 12,500 |
| Directional Sensor | | | 20,000 |
| Dynamometer | | | 20,000 |
| Echometer CGG | | | 20,000 |
| Light Tower | | | 5,000 |
| 1977 Rambler | Travel Trailer | S77110553231015 | 8,500 |
| 1993 Peterbuilt | | 1XPFDR9X8PN322951 | 9,000 |
| 1993 Western ST | Vacuum | 2WKPDCCH1PK931638 | 70,000 |

Total Values for Asset Valuation                          $ 1,125,500

Total Field Asset Valuation - Diamond and Maverick                    $1,321,000

**16.  Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 .  Nature, location and name of business**

None
☑

a.  *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐  a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Business & Financial Consultants, LLC<br>406 S Boulder, Ste 708, Tulsa, OK 74103 | Entire 2 Year period |

None ☐  b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Hogan Taylor, LLP | 2200 S Utica Place, Ste 400<br>Tulsa, OK 74114-7000 | See attached |

2007 Audit completed and issued.

2008 Audit was completed pending the waiver from CIT.  All other items completed.
Not issued.

9

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Business & Financial Consultants, LLC | 406 S Boulder, Suite 708<br>Tulsa, OK 74103 |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| See Attached | |

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 12/31/2010 | Ralph Smith | $225,000 |
| | | Estimated Market |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 12/31/2010 | Rosa Zuniga |
| | 9242 FM 472, Big Foot, TX 78005 |

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| See Attached | | |

---

| Financial Statements Provided in Past 2 Years | | | |
|---|---|---|---|
| Company | | Address | Date |
| 1) Gasrock Capital | | 1301 McKinney, Ste 2800 | Various |
| | | Houston, TX 77010 | |
| 2) Texas Capital Bank | | 2000 McKinney Avenue, Suite 700 | Various |
| | | Dallas, TX 75201 | |
| 3) Parkman Whaling | | 600 Travis, Suite 600 | Various |
| | | Houston, TX 77002 | |
| 4) Macquarie Bank | | 500 Dallas St., Level 31 | Various |
| | | Houston, TX 77002 | |
| 5) High Desert Energy Group, LLC | | 2406 Ellis Street, No. 101 | Various |
| | | Dallas, TX 75204 | |
| 6) CIT Capital USA | | 700 Louisiana Street, Suite 5200 | Various |
| | | Houston, TX 77002 | |
| 7) Stephen's - Dallas | | 300 Crescent Court, Suite 600 | Various |
| | | Dallas, TX 75201 | |
| 8) Joe West Company | | 406 S. Boulder, Suite 600 | Various |
| | | Tulsa, OK 74103 | |

Z2, LLC
Statement of Financial Affairs

Question 21a

| Name | Address | Percentage |
|---|---|---|
| Zues, LLC | 610 NE Jensen Beach Blvd<br>Jensen Beach, FL 34957 | 52.517% |
| Diamond Energy Services, LP | 406 S Boulder, Suite 708<br>Tulsa, OK 74103 | 29.664% |
| Maverick Energy Group, Ltd. | 406 S Boulder, Suite 708<br>Tulsa, OK 74103 | 11.550% |
| Deep Rock Oil & Gas, Inc. | 406 S Boulder, Suite 708<br>Tulsa, OK 74103 | 6.269% |
| | | 100.000% |

| Officer Name | | Function |
|---|---|---|
| Richard J. Bednar | 406 S Boulder, Suite 708<br>Tulsa, OK 74103 | CFO |
| Marc Baldinger | 610 NE Jensen Beach Blvd<br>Jensen Beach, FL 34957 | Operating Manager |

Z2, LLC
Statement of Financial Affairs

Question 21a (cont.)

| Director Name | Address |
|---|---|
| Richard J. Bednar | 406 S Boulder, Suite 708<br>Tulsa, OK 74103 |
| Marc Baldinger | 610 NE Jensen Beach Blvd.<br>Jensen Beach, FL 34957 |
| James W. McCabe, Jr. | 406 S Boulder, Suite 708<br>Tulsa, OK 74103 |
| Ben Heider | 406 S Boulder, Suite 708<br>Tulsa, OK 74103 |

**22 . Former partners, officers, directors and shareholders**

None ☑   a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

     NAME                        ADDRESS            DATE OF WITHDRAWAL

None ☑   b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

     NAME AND ADDRESS          TITLE             DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

     NAME OF PARENT CORPORATION     TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

     NAME OF PENSION FUND     TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature of Debtor _____

Date _____    Signature of Joint Debtor (if any) _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    1/17/11                  Signature    *Richard Beowan*

Print Name and Title    RICHARD BEOWAN
CHIEF FINANCIAL OFFICER

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Official Form 2
6/90

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date    *1/17/11*

                                      Signature *Richard J. Bednar*

                                      *RICHARD J. BEDNAR*
                                      *CHIEF FINANCIAL OFFICER*
                                      (Print Name and Title)

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **Z-2, LLC**

Case No.  **11-50069-lmc**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Diamond Energy Services<br>406 S. Boulder Ste 708<br>Tulsa Ok  74103 | | Goods and services | | **$1,103,308.00** |
| Maverick Energy Group<br>406 S. Boulder Ste 708<br>Tulsa OK  74103 | | Goods and services | | **$469,787.00** |
| Zeus LLC<br>610 NE Jensen Beach Blvd.<br>Jensen Beach FL 34957 | | Goods and services | | **$254,968.00** |
| Business & Financial Consultants, LLC<br>406 S. Boulder, Ste 708<br>Tulsa OK  74103 | | Services | | **$138,777.00** |
| Big Foot 2004-1 Drilling Program<br>406 S. Boulder Ste 708<br>Tulsa OK  74103 | | Goods and services | | **$90,180.00** |
| Parkman Whaling, LLC<br>600 Travis St., #600<br>Houston, TX  77002 | | Services | *Disputed* | **$40,577.61** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:  **Z-2, LLC**

Case No.  **11-50069-lmc**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Haliburton Energy Services<br>PO Box 203143<br>Houston, TX  77216-3143 | | Trade Debt | | **$35,115.85** |
| Basic Energy Services<br>PO Box 841903<br>Dallas TX  75284-1903 | | Trade Debt | | **$33,389.45** |
| Lee Keeling & Associates<br>15 E. 5th St., #3500<br>Tulsa, OK  74103 | | Services | | **$32,205.51** |
| Vinson & Elkins<br>Box 200113<br>Houston, TX  77216-0113 | | Services | *Disputed* | **$26,923.28** |
| Capital Well Services<br>1437 "E" Street<br>Jourdanton, TX  78026 | | Trade Debt | | **$24,721.03** |
| Hogan and Taylor<br>2200 S. Utica Place, Ste 400<br>Tulsa, OK  74114-7000 | | Services | *Disputed* | **$24,630.00** |
| Patrick G. Bordovsky<br>914 Prairie Meadow<br>San Antonio, TX  78258 | | Note for property damage | | **$6,665.40** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:  **Z-2, LLC**

Case No.  **11-50069-lmc**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Michael Bordovsky<br>914 Prairie Meadow<br>San Antonio, TX  78258 | | Note for property damage | | **$6,665.40** |
| Mary Alice Witherspoon<br>3270 Foster Road<br>San Antonio, TX  78263 | | Note for property damage | | **$6,665.40** |
| Kathryn Rita Hurst<br>13443 Highway 87E<br>Adkins, TX 78101 | | Note for property damage | | **$6,665.40** |
| John S. Bordovsky<br>8074 Knowlton Rd.<br>San Antonio TX  78263 | | Note for property damage | | **$6,665.40** |
| John W. Pelger<br>6759 S. Atlanta Ave.<br>Tulsa, OK  74136 | | Consulting services re Burdovsky damages | | **$4,064.52** |
| Texas Comptroller of Public Accounts<br>PO Box 149358<br>Austin TX  78714-9358 | | Taxes | | **$54.00**<br>**Value: $0.00** |
| Bauchman Investments Ptnsp Ltd<br>C/O John R Hannah & CO LLP<br>800 Navarro, Ste 210<br>San Antonio, TX 78205 | | Royalty Owner | | **$1.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Z-2, LLC**

Case No.   **11-50069-lmc**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CFO**_____ of the _____**LLC**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:___**1/27/2011**_____         Signature:___**/s/ Richard J. Bednar**_____
                                                                              ***Richard J. Bednar***
                                                                              **CFO**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Z-2, LLC**

CASE NO  **11-50069-lmc**

CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/27/2011 _____

Signature  **/s/ Richard J. Bednar** _____
*Richard J. Bednar*
*CFO*

Date _____

Signature _____

ACH Payment
4625 Greenville Ave, STE 306
Dallas, TX 75206


Addie Mae Smith Life Estate
5160 Femmer CT
Odessa, TX 79762


Alf W Roark Estate
Alfred Weldon Roark Jr & David
202 Knox Street, Ste E
Houston, TX 77007


Alice Parker
100 Havenwood Dr
Gadsden, AL 35903


Allen Males
200 Loneman Overlook
Wimberly, TX 78676


Allison John Harwood
531 Murworth Dr
Houston, TX 77025


Alyne H Woodring
7600 Broadway F 5
San Antonio, TX 78209


American Drilling Company LLC
1120 Granville Ave #102
Los Angeles, CA 90049


Ann Henderson
2017 Regent Drive
Abilene, TX 79605

Anna Pearl Secrest Fell
208 Rodeo Drive
Georgetown, TX 78628


Anne Shok Aderhold
2218 Woodmen
San Antonio, TX 78209


Arlene Miller
2310 Briarwood
San Antonio, TX 78209


Arnold Saunders
P.O. Box 521
Devine, TX 78016


Arthur F Clark
P.O. Box 1675
Liberty, NC 27298


Asher Resources
Oil & Gas Property Acquisition
20770 Hwy 281 N., # 108-615
San Antonio, TX 78258


Asher Resources
20770 Hwy 281 N., # 108-615
San Antonio, TX 78258


Atascosa County Tax Assessor
1001 Oak Street
Jourdanton, TX 78026-2849


Aurora Varner
1622 Basse Rd
San Antonio, TX 78213

Barbara Hudson Life Estate
263 County Road 4709
Sulphur Springs, TX 75482

Basic Energy Services
PO Box 841903
Dallas TX  75284-1903

Bauchman Investments Ptnsp Ltd
C/O John R Hannah & CO LLP
800 Navarro, Ste 210
San Antonio, TX 78205

Baylor University
% Baptist Foundation of Texas
1601 Elm, Ste 1700
Dallas, TX 75201

Bette B Burton
C/O Bette B Burton Trustee
P.O. Box 1104
Fulshear, TX 77441

Bette Bradford Burton
P.O. Box 1104
Fulshear, TX 77441

Betty Banning Life Estate
1014 Mountain View Dr.
San Marcos, TX 78666

Betty Males Tieman
20911 Eagle Bend
Katy, TX 77450

Betty Nessly Berkey
38 Haverhill Way
San Antonio, TX 78209

Betty Spencer
49 Rockland Drive
Fairborn, OH 45324

Big Foot 2004-1 Drilling Program
406 S. Boulder Ste 708
Tulsa OK  74103

Bill L Holland Jr
2001 Highlands Dr.
Spicewood, TX 78669

Billy L Powell
P.O. Box 5867
Kingwood, TX 77325

Blumberg Family Investment Partnership L
200 N River Street, Ste 150
Seguin, TX 78155

Bordovsky Land Management LLC
914 Prairie Meadow
San Antonio, TX 78258

Business & Financial Consultants, LLC
406 S. Boulder, Ste 708
Tulsa OK  74103

Calvin K Hardt
110 Brentwood PL
Port Lavaca, TX 77979

Capital Well Services
1437 "E" Street
Jourdanton, TX  78026

Carl Michael Harms
P.O. Box 2082
Canyon Lake, TX 78130


Carla Ann Blumberg Spec Trust
Carla Ann Blumberg Trustee
P.O. Box 279
Austin, TX 78767


Carol Ann Street
849 Country Club Place
Grand Praire, TX 7502


Carol Thompson Crouch Indep
Exec Margaret H Thompson Est
390 County Rd 777
Devine, TX 78016


Caroline Sartwelle Buffaloe
221 E Bayshore Dr
Palacios, TX 77465


Carolyn Jane Goldsmith-James
P.O. Box 717
Port Arkansas, TX 78373


Catherine Smith Gay
6630 Conway Lakes Drive
Orlando, FL 32812


Cathryn C Hickman
116 Lakefront Dr
Point Venture, TX 78645


Charles W Rosenaur
1218 E County Road 2302
Riviera, TX 78379

Charlotte Estelle Stiehl
301 Gorgia Circle
Placentia, CA 92841


Charlotte ISD
PO Box 366
Charlotte, TX  78011


Charlotte R Lewis
5160 Femmer CT
Odessa, TX 79762


Cheryl Jayne Gire
405 Wyong Road
Australia,  00008


Chesney Coker Jr
1504 Gaston Ave
Austin, TX 78703


Choctaw Energy Ltd Prtshp
P.O. Box 6387
San Antonio, TX 78209


CIT Capital USA, Inc.
505 5th Ave., 10th Fl.
New York, NY  10017


Clifford E Saunders
18106 Cadbury
Houston, TX 77084


Clifton D Micheli Life Est
236 Romberg St.
Seguin, TX 78155

Cobra Petroleum Company
P.O. Box 136355
Ft. Worth, TX 76136


Colleen Roche Ragsdale
7314 Lazy Trails
San Antonio, TX 78250


Concophillips
Net Settlement
P.O. Box 22295 Network Place
Chicago, IL 60673


Concophillips
22342 Network Place
Chicago, IL 60673


Dahlike Living Trust 4/26/94
Theodore W & Marsa L Dahlke Trustees
2463 Willow Loop East
Florence, OR 97439


Dale Talley Coker Indp
Ext Est of Anna Pearl Talley
1504 Gaston Ave
Austin, TX 78703


Dale Talley Coker Indp
1504 Gaston Ave
Austin, TX 78703


Dallas R Wauson Trustee
Dorothy Wauson Test Trust
P.O. Box 4615
Eagle Pass, TX 78853


Dana Ruth Allison
P.O. Box 2310
So Padre Island, TX 78597

Darla Faye Reece
5117 Abbey Glen Drive
Flower Mound, TX 75028


Darlene J Hansen
4603 Balfour RD SP 107
Brentwood, CA 94513


Dave Shelton
4207 Lead Avenue SE
Albuquerque, NM 87108


David C Sugarek
P.O. Box 990
Corpus Christi, TX 78403


David L Kundysek D/B/A
Southwest Petroleum Company
P.O. Box 702377
Dallas, TX 75370


Debbie Sue Thompson
P.O. Box 61095
Corpus Christi, TX 78466


Deep Rock, LLC
406 S. Boulder, Ste 710
Tulsa, OK  74103


Desiderio Gallegos Sr
P.O. Box 101
Charlotte, TX 78011


Devine ISD
205 W. College
Devine TX  78011

```
Diamond Energy Services
406 S. Boulder Ste 708
Tulsa Ok  74103


Diamond Energy Services, LP
406 S. Boulder, Ste 708
Tulsa OK 74103


Diane Allison
4754 Druid Hills Drive
Frisco, TX 75034


Dillingham Schleider & Lewis
% Ben H Schleider
5444 Westheimer, Ste 2000
Houston, TX 77057

Dixie L Mayfield
P.O. Box 1666
Palestine, TX 75802


Donald & Martha Trekell Rev Tr
Donald Martha & Frank D Trekell Trstees
Box 10038
Casa Grande, AZ 85230

Donald D Trekell Jr
5714 Llano
Dallas, TX 75206


Dora Mae McCloud
1709 Lebanon CH Rd.
Paducah, KY 42003


Dorchester Minerals LP
P.O. Box 840127
Dallas, TX 75284
```

Dorothy Jane Lewis
C/O Nancy L Boyd AIF
P.O. Box 428
Garwood, TX 77442


Dorothy Ray Griffin
500 Griffin Lane
Lorena, TX 76655


Dorothy Scheller Thilman
318 Bill Lou Dr
Collinsville, IL 62234


Douglas Allison
4920 Ocean Dr
Corpus Christi, TX 78412


Dr. Johanna Smith
223 N. Guadalupe, Box 186
Santa Fe, NM 87501


Drew M Darsey
5025 Riverway #16
Houston, TX 77056


Edens Houston
2410 Bluebonnet
Houston, TX 77030


Editha Brashear
1355 Barefoot Rd
Knoxville, IL 61448


Edward Austin Blumberg Trust
Edward A Blumberg Trustee
200 N River Street, Ste 150
Seguin, TX 78155

Elaine Miller Bright
435 Sheraton
San Antonio, TX 78209


Elizabeth Smith Mclain
3436 Roslyn Road
Venice, FL 33595


Ellis E Mcclellan
12813 Mountain Rd NE
Albuquerque, NM 87112


Elmer D Scheller
Eloise T Scheller A/I/F
50 Maple Via
Anaheim, CA 92801


Eloise Joanne Holt Estate
% Tammy Holt Holloway
220 West Jefferson
Orleans, IN 47452


Eloise Scheller
50 Maple Via
Anaheim, CA 92801


Emory Rauschhuber
13640 Sherwood Rd.
Atascoca, TX 78002


Ermine Pitman
102 Traub St
Indianapolis, IN 46222


Ernestine Boyd
7207 East FM 462
Big Foot, TX 78005

Esther L Schweppe
418 Rue De Matta
San Antonio, TX 78232


Eva Hazel Knight
1401 Hwy 57 SO
Washington, IN 47501


Evangelina Gonzalez
2319 Greencrest
San Antonio, TX 78213


Evelyn Downes
P.O. Box 775
Pearsall, TX 78061


Evelyn Galbreath Life Est
1924 Madera
Waco, TX 76705


Evelyn Thompson Lindsey
5807 Ben Casey
San Antonio, TX 78240


F Earl Scheig Estate
Edward E Scheig Exec
25202 Burgh Castle Dr.
Spring, TX 77389


F J Bradford
5642 Wickersham
Houston, TX 77056


Floyd J Bradford
C/O Floyd J Bradford Jr Ttee
5658 Willers Way
Houston, TX 77056

Frank David Trekell
CO Tvt Account
Casa Grande, AZ 85222


Frank L & Josephine F Bain
617 W Brown
Devine, TX 78016


Frio County
PO Box 1192
Pearsall TX  78061


Frio County Appraisal District
PO Box 1192
Pearsall TX  78061


Frio County Tax Assessor
500 E. San Antonio St, Box 20
PO Box 1192
Pearsall, Texas 78061


Frost Nat'l Bank Trustee
Emma Freeman Foundation
P.O. Box 1600
San Antonio, TX 78296


Frost Nat'l Bank Trustee
Francis O Ullman Estate, Acct # G09020
P.O. Box 1600
San Antonio, TX 78296


Garwood Resources LLC
P.O. Box 428
Garwood, TX 77442


Gas Sales Tax Payable
Comptroller of Public Accounts
111 E. 17th St.
Austin TX  78774-0100

Gasrock Capital LLC
Wire Transfer - Attn: Frank Weiser
1221 McKinney St, STE 3180
Houston, TX 77010


George L Scheller Jr
29547 Woodchuck LN
Bonanza, OR 97623


Gladys B Jennings
6308 Halifax Rd
Fort Worth, TX 76116


Gray David Geiselman
1302 Omar Street
Houston, TX 77008


Gregory Scott Noel
948 East College Ave
Batesville, AR 72501


Gretchen Trekell Sargeant
6325 Castejon
La Jolla, CA 92037


Grover J Geiselman III Trust
Grover J Geiselman III Trustee
400 South 6th Street
Richmond, TX 77469


Guadalupe G Perez
1525 Santa Barbara
San Antonio, TX 78201


Guy H Allison
P.O. Drawer 23080
Corpus Christi, TX 78403

```
H Huffman & Co
ACH Payment Midfirst
301 NW 63rd St, Ste 510
Oklahoma City, OK 73116


H James Lucas
ACH Payment
2238 Estate View
San Antonio, TX 78260


Haliburton Energy Services
PO Box 203143
Houston, TX  77216-3143


Harry A Nass Jr
41 Millwood
San Antonio, TX 78216


Henry David Thompson
4200 Creek Road
Dripping Springs, TX 78620


Herbert Oppenheimer MAR/TR/B
Marian & John Oppenheimer TTEE
P.O. Box 960
San Antonio, TX 78294


Herman Gallegos Jr
3526 Lynwood
Corpus Christi, TX 78415


Hermenejildo Gallegos Sr
1837 Sherman St
Corpus Christi, TX 78416


Hilda F Williams
311 Court St
Alameda, CA 94501
```

Hilmar D Blumbert
200 N River Street, Ste 150
Seguin, TX 78155


Hogan and Taylor
2200 S. Utica Place, Ste 400
Tulsa, OK  74114-7000


Hortense Moore
1104 Redd Street
Austin, TX 78745


Howard Pyle Bradford
10201 Stephens CT
Ft Smith, AR 72908


Howard Pyle Bradford
C/O Howard P Bradford Trustee
P.O. Box 181329
Fort Smith, AR 72918


Howard T Alexander
100 South University Blvd
Denver, CO 80209


Hugh Preston Perron
11800 East State Hwy 29
Llano, TX 78643


Inez Vega Gallegos
11754 Millsway Drive
San Antonio, TX 78253


Internal Revenue Service
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


Irene Thompson Wallis
704 East Alabama St
Pearsall, TX 78061


Isabel Thompson Schorp
Box 685
Pearsall, TX 78061


J D Bell Jr
2750 E Cedar Ave
Denver, CO 80209


Jakubik Family Trust
John T & Jane M Jakubik Ttees
3910 Dewalt Manor
Missouri City, TX 77459


James Bauchman Ptnsp Ltd
C/O John R Hannah & CO LLP
800 Navarro, Ste 210
San Antonio, TX 78205


James D Sartweele Living Trust
C/O James D Sartwelle Jr. TRUSTE
P.O. Box 540
Sealy, TX 77474


James Ernest Biediger L/E
HC 34 Box 907
Uvalde, TX 78801


Janice K Blackwell
Rt 11 Box 511
Bedford, IN 47421

JDMI LLC
P.O. Box 1540
Corpus Christi, TX 78403


Jefferson P Sellers Ltd
95 Lakeshore Drive
Corpus Christi, TX 78413


Jerald Pitman
3404 S Madison St
Bloomington, IN 47401


Jesse H Oppenheimer L/T
711 Narvaro St, Ste 620
San Antonio, TX 78205


Jettex Resources
P.O. Box 570773
Houston, TX 77257


Jil Oil Corp
P.O. Box 791910
San Antonio, TX 78279


Joe H Hindes
Box 310
Charlotte, TX 78011


John C Hugon
301 Commerce Street, Ste 1420
Fort Worth, TX 76102


John Carter Tinsley
P.O. Box 98868
Raleigh, NC 27624

John D Schoolfield
P.O. Box 29218
San Antonio, TX 78229


John Robert Goldsmith Jr
6612 Whitemarsh Valley Walk
Austin, TX 78746


John S. Bordovsky
8074 Knowlton Rd.
San Antonio TX  78263


John S. Bordovsky Trust
Patrick & John S III & Michael
4803 Sea Breeze
San Antonio, TX 78220


John Stephen Bordovsky III
8074 Knowlton Rd
San Antonio, TX 78263


John W Clark
Box 140125
Dallas, TX 75214


John W. Pelger
6759 S. Atlanta Ave.
Tulsa, OK  74136


Jon F Cobb
4625 Greenville Ave, STE 306
Dallas, TX 75206


Jon S Brown
P.O. Box 246
Palestine, TX 75802

Josefa Aguilar
1460 S 14th Street
Sheboygan, WI 53081


Joseph Cohn MD
A/I/F Daphne A Cohn Trustee
479 Homestead Drive
Fredericksburg, TX 78624


Joyce Gurwitz Shefts
160 River Shadows
McQueeney, TX 78123


JT Neal Jr
414 E Florida St
Pearsall, TX 78061


Juanita Sayles Brian
8618 Autumn Sunset
San Antonio, TX 78239


Julianne Carson
5008 Stonehenge Lane
Norman, OK 73026


June Hurley
Ind Exec of the Gidney Talley Jr Estate
P.O. Box 24
Pleasanton, TX 78064


Karen Crley Bridges
9621 Bayou Brook
Houston, TX 77063


Katherine L Abel
ACH Payment
P.O. Box 38
Ida, MI 48140

Kathleen Cawthon Hoelscher_TR
163 April Waters Dr North
Montgomery, TX 77356


Kathleen Thompson
P.O. Box 56
Charlotte, TX 78011


Kathryn Rita Hurst
13443 Highway 87E
Adkins, TX 78101


Kelly S Ellis
1976 Twin Cedars Rd
Chickamauga, GA 30707


Kem Erick Burress
225 Maple Drive
Ferdinand, IN 47532


Kenric R Flynn
288 Bloomsbury Ave, Apt C 10
Baltimore, MD 21228


L D Hunter Tr
LD Hunter Trste
P.O. Box 234
Beeville, TX 78104


Lady G Perron Sparks
2602 Oakdale CT
Austin, TX 78703


Laurie Lambert
565 Parkway Ave
Pratt, KS 67124

Lee Keeling & Associates
15 E. 5th St., #3500
Tulsa, OK  74103


Lena Allen Taylor Trust
Sue Frazior Vizuete Succ Ttee
4625 Bethlehem
Corpus Christi, TX 78413


Leo F Perron Jr
C/O Perron & Company
3707 N St Mary's St. #201
San Antonio, TX 78212


Leroy Micheli Life Est
622 Purple Sage Dr.
Seguin, TX 78155


Letitia W Sellers
A/I/F Jeff Porter Sellers
4001 N New Braunfels # 1612
San Antonio, TX 78209


Lloyd E Saunders
419 E Trinity
Pearsall, TX 78061


Lois Goldsmith Oppenheimer
200 Patterson, Apt 612
San Antonio, TX 78209


Loomis Investments
C/O Trust Division
P.O. Box 3188
Longview, TX 75606


Louis A Hamilton
1015 Orange Walk Dr
Brandon, FL 33511

Lowell F Smith
Rt 17 Box 1100
Bedford, IN 47421


Lucille Thompson Boone
1312 Kollman Dr.
Hondo, TX 78861


Lunelle M Heiman TR
Lunelle M Heiman Trustee
10103 Rafter S Trail
Helotes, TX 78023


M A Caruso Jr
R 2 Box 31A
Mountain View, OK 73062


Macquarie Bank Limited
1 Martin Place
Sydney NSW 2000
Australia


Macquarie Bank Limited
Level 30, Citypoint
1 Ropemaker Street
London EC2Y9HD


Marcella Roberts
P.O. Box F
Pearsall, TX 78061


Marcelo G Gallegos Jr
207 Tesla Dr
San Antonio, TX 78228


Marcia S Schoolfield Spellman
C/O 2M Mineral Management Serv
P.O. Box 1088
Converse, TX 78109

Marcial Sorrell III
Route 1 Box 35
Wharton, TX 77488


Marian B Oppenheimer L/T
U/W/O Jesse D Oppenheimer
P.O. Box 960
San Antonio, TX 78294


Maripa Ltd
4625 Greenville Ave, STE 306
Dallas, TX 75206


Martha Jane Clowe
3521 Northridge
Waco, TX 76710


Martha P Kenyon
P.O. Box 1103
Fulshear, TX 77441


Mary Alice Witherspoon
3270 S Foster Rd
San Antonio, TX 78222


Mary Alice Witherspoon
3270 Foster Road
San Antonio, TX  78263


Mary Ann Goldsmith
ACH Payment
P.O. Box 2952
Port Arkansas, TX 78373


Mary Ann Morey
1812 Olde N Pl
Edmond, OK 73034

Mary Ann Pye Trustee
Sarah Faye Rankin Test Trust
591 FM 2200 W
Devine, TX 78016


Mary Ann Roche
P.O. Box 36
Bigfoot, TX 78005


Mary Harwood Brewer
2225 FM 467
Seguin, TX 78155


Mary Jo Bell Neill
1461 Mimosa St
Abilene, TX 79600


Mary McCoy
329 E Emerson Ave, Apt D
Fairborn, OH 45324


Mary Russo McAfee
120 25th Avenue
San Francisco, CA 94121


Mattie Rosenauer Estate
Alice Crain / Eddie Nixon Co Ex
P.O. Box 1073
Pearsall, TX 78061


Maverick Energy Group
406 S. Boulder Ste 708
Tulsa OK  74103


Maverick Energy Group, Ltd.
406 S. Boulder, Ste 708
Tulsa OK  74103

Maxine Thompson Bradford
9111 Rustown
Dallas, TX 75228


Medina County Tax Collector
1102 15th St.
Hondo TX  78861


Melody A White Johnson
6171 E NW Hwy #1320
Dallas, TX 75231


Michael A Larkin
1965 CR761
Devine, TX 78016


Michael Bordovsky
914 Prairie Meadow
San Antonio, TX  78258


Michael S Shelton
4813 Nevilly Way
Marietta, GA 30066


Michael T Darsey
5025 Riverway #16
Houston, TX 77056


Mobil Producing Texas & New Mexico Inc
P. O. Box 951027
Dallas, TX 75395


Morey Family LLC
P.O. Box 1294
Edmond, OK 73083

Morton Shefts Family Trust
Joyce Gurwitz Shefts Trustee
160 River Shadows
McQueeney, TX 78123


Mrs P A Helms Jr
211 Fieldstone
Victoria, TX 77901


Nancy Blanchard Hill
210 W Court St
Seguin, TX 48155


Nancy Corley Wehrung
21735 Highway 46 West
Spring Beach, TX 78070


Nick McFadin
1250 NE Loop 410, STE 400
San Antonio, TX 78209


Nicke McFadin
1250 NE Loop 410, STE 400
San Antonio, TX 78209


Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548


Ola Thompson Helms
2804 College
Victoria, TX 77901


Ozella Saunders
P.O. Box 154
Natalia, TX 78059

Paggy Dean Adolphson
12420 Owls Nest Court
Jacksonville, FL 32225


Parkman Whaling, LLC
600 Travis St., #600
Houston, TX  77002


Particia C Dalberg
39 Pinery Ridge Pl
The Woodlands, TX 77382


Patricia Lay Marion
706 Barron Ave
Palo Alto, CA 94306


Patricia Pitman
5305 Perry Rd
Martinsville, IN 46151


Patrick G. Bordovsky
914 Prairie Meadow
San Antonio, TX  78258


Patsy Bell Tidwell
4507 N Jackson
Odessa, TX 79762


Paulina Heffner Cooper
2401 Cone Flower Trl
Chattanooga, TN 37421


Peggy G Rice
4912 Post Oak Timber
Houston, TX 77056

Peggy Geiselman Rice Trust
Peggy Geiselman Rice Trustee
4912 Post Oak Timber
Houston, TX 77056


Peggy Jean Brock
3400 West Crown Pte Blvd #202
Naples, FL 34112


Penelope P Shephard
C/O Broadway National Bank Trust Departm
P.O. Box 17001
San Antonio, TX 78217


Philip Hart Shook
8 Nassau Road
Larchmont, NY 10538


Quarter Circle Z Corporation
C/O Steven A Finley CPA
P.O. Box 430
Milton, WA 98354


Randolph Holland
710 Winding Brook Road
Monroe, NC 28112


Raymond Gallegos
246 Rosemont Dr
San Antonio, TX 78228


Rev Daniel J Scheller
10515 Dayton Ave N
Seattle, WA 98133


Richard D Henderson
1105 Cimarron CT
San Marcos, TX 78666

Robert G Gallegos
246 W Jewell St
San Antonio, TX 78226


Robert H Scheller
13349 E 50th St
Yuma, AZ 85367


Robert J Carter Sr
Box 967
Luling, TX 78648


Robert M Schoolfield
C/O 2M Mineral Management Serv
P.O. Box 1088
Converse, TX 78109


Robert T Halpin
4625 Greenville Ave, STE 306
Dallas, TX 75206


Robert Webb Sellers
P.O. Box 277
Runge, TX 78151


Roberta Ann Tinsley
400 NW 40th Street
Oklahoma City, OK 73118


Roberta Nowlin
319 Cardinal Drive
Devine, TX 78016


Roy Freses Smith
19A Smiser-Smith Road
Boerne, TX 78006

Royalty Clearinghouse Ltd
401 Congress Avenue, STE 1510
Austin, TX 78701


Rupert Holland
P.O. Box 3411
San Angelo, TX 76902


Salvation Army
San Antonio Chapter
P.O. Box 12568
San Antonio, TX 78212


Sandra McIntire Waskovich
5015 Montclair Dr NW
Cedar Rapids, IA 52405


Sara W Wallace
266 St Matthews Dr
Mocksville, NC 27028


Sarah L Bain
P.O. Box 849
Stockdale, TX 78160


Sarah S Ferrell
530 Broadway
Thermopolis, WY 82443


Scott C Henderson
2310 Crestline
Abilene, TX 79602


Scout Royalty Corp
P.O. Box 1348
Edmond, OK 73083

Seawillow Gay P Kelley
401 Sagecrest
San Antonio, TX 78232


Sharon Champy Life Estate
1705 Lebanon Church Rd
Paducah, KY 42003


Sharon Elliott
5624 Fisher Drive
Huber Heights, OH 45424


Shell Trading (US) Company
2 Houston Center
909 Fannin Street
Houston, TX  77010


Shell Trading (US) Company
PO Box 4604
Houston TX  77210


Simmons-Davis Family LP
C/O Lisa D Lagroue
11771 Bent Oaks St
Parker, CO 80138


Stacy Miller Johnson
62 Bohnert Lane
Fredericksburg, TX 78624


Stephen H Simpson III
239 Yosemite
San Antonio, TX 78232


Stephen Pierce Terrell
29327 Summit Ridge Dr.
Fair Oaks Ranch, TX 78015

Stuart G Sharrock
C/O Maverick Energy
P.O. Box 14018
Tulsa, OK 74159


Tackitt Ranch Limited Partnership
C/O Patty Holmes Tackitt-Ray
1644 FM 2505
Floresville, TX 78114


Tammy Lyn McCullough
1911 Hidden Trail
Lewisville, TX 75067


Teresa Ann Thompson_Bingham
545 N High
Uvalde, TX 78801


Teresa Marie Plumer
1908 Clover Way
Escondido, CA 92026


Terry Don Thompson
2054 Lima Loop
Laredo, TX 78045


Terry L Ronshausen
531 Indigo Run
Bulverde, TX 78163


Tesona and James M Ratliff Jr
22 Trail Ridge
Kerrville, TX 78028


Texas Comptroller of Public Accounts
PO Box 149358
Austin TX  78714-9358

The Morey Family LP
P.O. Box 1294
Edmond, OK 73083


The Salvation Army
Major Howard Bratcher Cmdr
521 West Elmira
San Antonio, TX 78212


Theodore Floy Maynord
31 West Oakwood St
Tarpon Springs, FL 34689


Theodore W Scheller
20259 Haystack Rd
Sonora, CA 95370


Theresa M Kundysek
P.O. Box 201145
Arlington, TX 76006


Thomas Henry Holman
212 Canada Verde St
San Antonio, TX 78232


Thomas Yates
P.O. Box 791910
San Antonio, TX 78279


Timothy Stclair Runyan
5963 Countess Dr
San Jose, CA 95129


Tommy Chris Thompson
P.O. Box 1615
Castroville, TX 78009

Topsy Jean Glantz
3680 Yorba Linda Dr
Las Vegas, NV 89122


Travis W Bain II
4016 W Plano Pkwy, Ste 100
Plano, TX 75093


United States Trustee
615 E. Houston St. #533
San Antonio TX 78205


Veda B Teich
P.O. Box 26171
Austin, TX 78755


Verna Thompson Wilson
197 Couser St
Charlotte, TX 78011


Vinson & Elkins
Box 200113
Houston, TX  77216-0113


Vinson V Devilbiss
1111 11th St
Huntington, WV 25704


W A Alexander Jr.
1413 N 53rd St
Broken Arrow, OK 74014


W H Tinsley Jr
P.O. Box 9058
Rocky Mount, NC 27804

Wanda June Ehlinger
206 N Washington Dr
Devine, TX 78016


Warren L Smith
308 Forestview Dr
Bedford, IN 47421


Warren Reynolds
518 Mt. Crest CT
Dayton, OH 45403


William Hinders
350 CR 348
Jourdanton, TX 78026


William Neal Lehrer
P.O. Box 428
Garwood, TX 77442


Z2, LLC
C/O Gasrock Capital LLC - Wire Transfer
P.O. Box 14018
Tulsa, OK 74159


Zeus LLC
610 NE Jensen Beach Blvd.
Jensen Beach FL 34957